# GLOBAL NOTES AND STATEMENTS OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

RAD Diversified REIT, Inc., RAD Diversified OZ Fund, LP, DHI Fund, LLC, DHI Holdings, LP, and DDH Fund, LLC (collectively, the "**Debtors**"), are each filing Schedules of Assets and Liabilities (each, a "**Schedule**" and, collectively with attachments, the "**Schedules**") and Statements of Financial Affairs (each, a "**Statement**" and, collectively with attachments, the "**Statements**") in the United States Bankruptcy Court for the Middle District of Florida, (the "**Court**") pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

Ms. Katie Goodman has signed the Schedules and Statements on behalf of the Debtors. Ms. Goodman is the Chief Restructuring Officer of the Debtors. She has been authorized to execute the Schedules and Statements on behalf of the Debtors. In reviewing and signing the Schedules and Statements, Ms. Goodman necessarily has relied upon the Debtors' books and records, title reports obtained by counsel for the Debtors, and information provided to her by former management and employees of the Debtors (collectively, the "**Advisors**"). Ms. Goodman has not (and could not feasibly have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts or quantities owed to creditors, classification of such amounts and quantities and creditor addresses and contact information. Additionally, Ms. Goodman has not (and could not feasibly have) personally verified each amount, quantity or current value listed in each of the Schedules and Statements.

On April 1, 2026, the Court entered an order granting the Office of the United States Trustee's unopposed motion for the appointment of an examiner (the "**Examiner Order**") [Dkt. No. 167], and upon the application of the Office of the United States Trustee [Dkt. No. 176], which was approved by the court on April 8, 2026 [Dkt. No. 195], Maria Yip was appointed as Examiner. The scope of the Investigation is defined in the Examiner Order to include, among other things:

(a) Cash inflows and outflows by and among investors and/or lenders to the Debtors, including money raised by the Debtors but deposited or sent to non-Debtor entities and, to the extent ascertainable, whether such payments should be characterized as debt or equity;

(b) Whether "rollover" investments should be valued, if so at what valuation, and how they should be characterized, to the extent ascertainable;

(c) The utilization and transfers of the Debtors' assets and cash, including money raised by the Debtors but deposited or sent to non-Debtor entities, for the four-year period prior to the Petition Date and an accounting reconciliation for all such transactions, including the connections and transfers among the Debtors and non-debtor entities, including but not limited to directors, officers, insiders, and affiliates.

In the interests of efficiency and minimizing the fees of professionals in this case, the Debtors have not undertaken the forensic accounting and reconstruction of the Debtors' books and records that would be required to respond accurately and completely to every question in the Schedules and Statements.

Debtors do not have current appraisals for the real property owned by the Debtors. Moreover, it would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current appraisals all of their assets solely for purposes of the Schedules and Statements. For purposes of preparing the Schedules, the property appraiser's value for purposes of ad valorem taxation is listed as the value of the property. The actual valuation of the Debtors' real property may be higher or lower that the property appraiser's valuation. The Debtors reserve all of their rights to revise, amend, supplement and/or adjust the values set forth in the Schedules and Statements to reflect actual fair market value.

The Schedules and Statements are unaudited and subject to potential adjustment, revisions and/or amendments, which may be material. In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available and accessible at the time of preparation. As set forth in more detail below, the Debtors cannot confirm that the information provided is complete and accurate. Subsequent information or discovery of additional information may result in material changes in financial and other data contained in the Schedules and Statements and inadvertent or unintentional errors, omissions or inaccuracies may exist. The Debtors' investigations and reconciliations are ongoing and, as such, the results thereof may result in revision, amendment, supplementation and/or adjustment of the Schedules and Statements. The Schedules and Statements are unaudited and remain subject to further review and adjustment to reflect the Debtors' ongoing reconciliation efforts and the results of the Examiner's Investigation.

During periods before the Petition Date, all rental income from any real property owned by any of the Debtors was deposited into a bank account titled in the name of RAD Diversified Reit, Inc. Debtors have used best efforts to attempt to allocate rental income to the Debtors that is the record title owner of the property. Debtors may also have received income in the form of net proceeds from sales of properties, some of which may not have been deposited into Debtors' bank accounts.

For the avoidance of doubt, the Debtors hereby reserve all of their rights, including to revise, amend, supplement and/or adjust the Schedules and Statements. The Debtors do not guarantee or warrant the accuracy or completeness of the data that is provided and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein and in the Schedules and Statements. While reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist and other limitations described herein impacted the Debtors ability to do so in certain instances.

The Debtors expressly do not undertake any obligation to update, modify, revise or re-categorize the information provided, or to notify any third party should the information be updated, modified, revised or recategorized except as required by applicable law. In no event shall the Debtors be liable to any third party for any direct, indirect, incidental, consequential and/or special damages

(including, but not limited to, damages arising from the disallowance of a potential claim against any Debtor or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused, even if the Debtors and/or their Advisors are advised or notified of the possibility of such damages.

Disclosure in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits or attachments. These Global Notes pertain to, and are incorporated by reference in, and comprise an integral part of, all of the Schedules and Statements. The Global Notes are in addition to the specific notes set forth below with respect to the Schedules and Statements (the "Specific Notes" and, together with the Global Notes, the "Notes"). These Notes should be referred to, and referenced in connection with, any review of the Schedules and Statements.

Prior to the commencement of the Debtors' Chapter 11 Cases, the Debtors and certain direct and indirect subsidiaries and affiliates were all engaged in similar business operations and did not consistently maintain separate books and records. The Debtors' historical accounting practices and extensive intercompany transfers have made it extraordinarily difficult and time consuming to gather, review, analyze, segregate and allocate the data required to prepare the Debtors' Schedules and Statements. These efforts are ongoing.

**Global Notes and Overview of Methodology**

The Schedules, Statements and Notes should not be relied upon by any persons for information relating to current or future financial conditions, events or performance of any of the Debtors, including, but not limited to, any potential recoveries or distributions related to claims against the Debtors.

As noted above, certain of the Debtors maintained a combined set of books for certain periods of time. The Schedules and Statements are unaudited and reflect the Debtors' reasonable efforts to report certain financial information of each Debtor on a stand-alone basis. These Schedules and Statements do not purport to and do not represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"). The Debtors used what they believe to be a reasonable basis to attribute assets and liabilities to each Debtor entity. However, because the Debtors' accounting systems, policies, and practices were limited and maintained inconsistently by legal entity, or not at all, it is possible that not all assets, liabilities, or operational activity have been recorded, or were not recorded with the correct legal entity on the Schedules and Statements. Accordingly, the Debtors reserve all rights to revise, amend, supplement and/or adjust the Schedules and Statements, including with respect to reallocation of assets or liabilities to any Debtor entity.

In addition, the amounts shown for total liabilities exclude items identified as "unknown," "disputed," "contingent," "unliquidated," "undetermined" and "N/A" and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements. The Debtors, in consultation with their Advisors, have sought to allocate liabilities among the Debtors, where possible, based on the information and research that was conducted in connection with the

preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities among the Debtors may change.

Certain of the Debtors' liabilities may be duplicated on the schedules for multiple Debtors. To the extent these disclosures are duplicative, the Debtors reserve all rights to allocate the duplicate liability to a specific Debtor. Additionally, although efforts have been made to attribute open payable amounts to the correct Debtor entity, the Debtors reserve the right to revise, amend, supplement and/or adjust their Schedules and Statements, including to attribute such payment to a different Debtor entity.

The Debtors exercised reasonable efforts to locate and identify guarantees and other secondary liability claims (collectively, the "Guarantees") in their executory contracts, unexpired leases and mortgage loan documents. Where such Guarantees have been identified, they are included in the relevant Schedules and Statements. Guarantees embedded in the Debtors' executory contracts, unexpired leases and other agreements may have been omitted inadvertently. The Debtors reserve their right to revise, amend, supplement and/or adjust the Schedules and Statements to the extent that additional Guarantees are identified. In addition, the Debtors reserve the right to amend the Schedules and Statements to re-characterize and reclassify any such contract or claim.

The Debtors believe that they have identified all material categories of assets and liabilities in the Schedules. Certain immaterial or de minimis liabilities and assets may have been excluded.

For purposes of the Schedules and Statements, the Debtors defined "insiders" pursuant to section 101(31) of the Bankruptcy Code as: (a) directors; (b) officers; (c) persons in control of the Debtors; (d) relatives of the Debtors' directors, officers or persons in control of the Debtors and (e) debtor/non-debtor affiliates of the foregoing. Additionally, an entity may be designated as an "insider" for the purposes of the Schedules and Statements if such entity, based on the totality of the circumstances, has a close relationship with any of the Debtors and a lack of arm's length dealings. Entities or persons listed as "insiders" have been included for informational purposes only, and the inclusion or omission of them in the Schedules and Statements shall not constitute an admission that those persons are or are not "insiders" for purposes of section 101(31) of the Bankruptcy Code. The rights of the Debtors and other third parties with respect to any determinations of "insiders" are reserved. Information regarding the individuals or entities listed as insiders in the Schedules and Statements may not be used for: (a) the purposes of determining (i) control of the Debtors; (ii) the extent to which any individual or entity exercised management responsibilities or functions; (iii) corporate decision-making authority over the Debtors; or (iv) whether such individual or entity could successfully argue that it is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or (b) any other purpose. Furthermore, the listing or omission of a party as an insider for purposes of the Schedules and Statements is not intended to be, nor should it be, construed an admission of any fact, right, claim, or defense, and all such rights, claims, and defenses are hereby expressly reserved. The process to identify insiders and related payments remain ongoing, and the Debtors reserve all rights to revise, amend, supplement and/or adjust the Schedules and Statements.

The Schedules do not include a reporting of intercompany and certain affiliate balances. The volume and magnitude of intercompany and affiliate transactions are significant and pervasive throughout the Debtors' and their affiliates' accounts. Identification of these transactions is complex for numerous reasons, including, among others, agent relationships or improper labeling of transactions or accounts. Accordingly, the Debtors reserve all rights to revise, amend, supplement and/or adjust the asset values set forth in the Schedules and Statements. The omission of an asset or liability from the Schedules and Statements does not constitute a representation regarding the existence of such intercompany or affiliate balance, and any such omission does not constitute a waiver of any rights of the Debtors with respect to such balance.

All totals that are included in the Schedules and Statements represent totals of all the known amounts. Amounts marked as "unknown", "undetermined" or "N/A" are not included in the calculations of the totals. To the extent there are unknown disputed, contingent, unliquidated or otherwise undetermined amounts, the actual total may differ materially from those stated in the Schedules and Statements.

Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their claims, causes of action, potential claims or potential causes of action against third parties as assets in their Schedules and Statements, including, but not limited to, preferences and avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant nonbankruptcy laws to recover assets, controversy, right of setoff, cross claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law. The Debtors' investigation efforts remain ongoing. The Debtors reserve all of their rights with respect to any claims, causes of action, preference or avoidance actions they may have, and neither these Notes nor the Schedules and Statements shall be deemed a waiver of any such claims, causes of actions, preference or avoidance actions or in any way prejudice or impair the assertion of such claims, or in any way act as an admission of any fact or liability or the character thereof.

Nothing in the Schedules or Statement shall constitute an admission that the Debtors were solvent as of the Petition Date or at any time before the Petition Date. Likewise, nothing in the Schedules or Statement shall constitute an admission that such Debtor was insolvent as of the Petition Date or at any time before the Petition Date. For the avoidance of doubt, nothing contained in the Schedules and Statements is indicative of the Debtors' enterprise value or solvency. The Debtors reserve all rights with respect to these issues.

As noted above, reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements, however, inadvertent errors or omissions may exist. The Debtors reserve all rights to revise, amend, supplement and/or adjust the Schedules and Statements from time to time in all respects. The Debtors reserve all rights with respect to issues involving or defenses against claims, substantive consolidation, defenses, statutory or equitable subordination,

and/or causes of action arising under the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Notes does not limit in any respect the general reservation of rights contained in this paragraph. Nothing contained in the Schedules, Statements or Notes shall constitute a waiver of rights with respect to these Chapter 11 Cases, including, but not limited to, the following:

(a) Any failure to designate a claim listed on the Debtors' Schedules and Statements as a) "disputed," b) "contingent," or c) "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated" or a waiver of any right to later object to any claim on any grounds. The Debtors reserve the right to dispute and to assert setoff rights, offsets, counterclaims, and defenses to any claim reflected on the Schedules as to amount, liability, and classification, and to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated." Moreover, listing a claim does not constitute an admission of liability by the Debtors against which the claim is listed or by any of the Debtors. The Debtors reserve all rights to object to the extent, validity, enforceability, priority or avoidability of any claim (regardless of whether such claim is designated in the Schedules and Statements as "disputed," "contingent," or "unliquidated"). The Debtors reserve all rights to seek disallowance of any claim, including pursuant to section 502(d) of the Bankruptcy Code where an entity from which property is recoverable under section 542, 543, 550 or 553 of the Bankruptcy Code unless such entity has paid the amount or turned over such property to the Debtors. The Debtors reserve all rights to revise, amend, supplement and/or adjust their Schedules and Statements, including with respect to claim amounts, description, classification and designation.

(b) Nothing contained in the Schedules and Statements is intended or should be construed as an admission or stipulation of the validity or allowance of any claim against the Debtors, any assertion made therein or herein, or a waiver of the right to dispute the allowance of, or any distributions in connection with, any claim or assert any cause of action or defense against any party.

(c) Notwithstanding that the Debtors have made reasonable efforts to correctly characterize, classify, categorize or designate certain claims, assets, executory contracts, unexpired leases and other items reported in the Schedules and Statements, the Debtors nonetheless may have improperly characterized, classified, categorized or designated certain items. The Debtors reserve all rights to recharacterize, reclassify, recategorize or redesignate items reported in the Schedules and Statements.

(d) Information requested by the Schedules and Statements requires the Debtors to make a judgment regarding the appropriate category in which information should be presented or how certain parties, claims or other data should be labeled. The Debtors' decisions regarding the category or label to use is based on the best information available as of the preparation of these Schedules and Statements. The Debtors reserve all rights to revise, amend, supplement and/or adjust the Schedules and Statements, including to the extent some information currently presented should be moved to a different category or labeled in a different way.

(e) The listing of a claim (i) on Schedule D as "secured," (ii) on Schedule E/F (Part 1) as "priority," (iii) on Schedule E/F (Part 2) as "unsecured" or (iv) listing a contract or lease on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant or counterparty, or a waiver of the Debtors' rights to object to such claim or recharacterize or reclassify such claim, contract or lease, or a waiver of the Debtors' rights to setoff such claims. The Debtors reserve all rights to revise, amend, supplement and/or adjust the Schedules and Statements in this regard and reserve all rights to assert that any contract listed on the Debtors' Schedules and Statements does not constitute an executory contract within the meaning of section 365 of the Bankruptcy Code, and the right to assert that any lease so listed does not constitute an unexpired lease within the meaning of section 365 of the Bankruptcy Code.

(f) The Debtors reserve all of their rights, claims and causes of action with respect to the contracts and agreements listed on the Schedules and Statements, including, but not limited to, the right to dispute and challenge the characterization or the structure of any transaction, document and instrument related to a creditor's claim.

(g) Exclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale.

In the event that the Schedules or Statements differ from any of the foregoing Global Notes, the Global Notes shall control.

**Specific Notes with Respect to the Debtors' Schedules**

Schedule A/B, Part 1 – Cash and Cash Equivalents. The Schedules reflect the bank balances for bank accounts titled in the name of the Debtors on the Petition Date.

Schedule A/B Part 4 - Investments. Investments in affiliates have been listed with an undetermined value. The Debtors do not believe that any book value is indicative of the value of such assets and have not obtained a fair market valuation of the assets.

Schedule D was prepared based upon title reports obtained by counsel. The Debtors reserve all rights to dispute some or all of the liens and collateral purportedly supporting any claim reflected on Schedule D, and reserve all rights to void or avoid any such liens or collateral, as appropriate. Except as otherwise agreed pursuant to a stipulation or agreed order or general order entered by the Bankruptcy Court, the Debtors reserve the right to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D of any Debtor. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute

or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including, without limitation, any intercreditor agreement) related to such creditor's claim. In certain instances, a Debtor may be a co-obligor or guarantor with respect to scheduled claims of the other Debtors, and no claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities. The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing in these Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

Schedule E/F – Creditors Who Have Unsecured Claims.

Part 1 – Creditors with Priority Unsecured Claims. The Debtors are in the process of reconciling their potential tax liabilities in various jurisdictions and, consequently, such liabilities may be indicated as "Unliquidated," and any amounts listed constitute the Debtors' good faith estimates of the amounts of such liabilities.

Part 2 – Creditors with Nonpriority Unsecured Claims. The liabilities identified in Schedule E/F, Part 2, are derived from the Debtors' books and records. The Debtors made a reasonable attempt to set forth its unsecured obligations, although the actual amount of claims against the Debtors may vary from those liabilities represented on Schedule E/F, Part 2. The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.

Schedule E/F, Part 2, reflects certain prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease. In addition, Schedule E/F, Part 2, does not include claims that may arise in connection with the rejection of any executory contracts or unexpired leases.

As of the time of filing of the Schedules and Statement, the Debtors may not have received all invoices for payables, expenses, and other liabilities that may have accrued prior to the Petition Date. Accordingly, the information contained in Schedules D and E/F may be incomplete. The Debtors reserve their rights to amend Schedules D and E/F if and as it receives such invoices.

In the ordinary course of business, the Debtors generally receive invoices for goods and services after the delivery of such goods or services. As of the filing of the Schedules and Statement, the Debtors may not have received all invoices for payables, expenses, or liabilities that may have accrued before the Petition Date. Accordingly, the information contained in Schedules E/F may be incomplete. The Debtors reserve the right, but are not required, to amend Schedules E/F if and as they receives such invoices. The claims of individual creditors are generally listed at the amounts recorded on the Debtors' books and records and may not reflect credits or allowances due from the creditor. The Debtors reserve all of their rights concerning credits or allowances.

Schedule E/F contains information regarding pending litigation involving the Debtors. The inclusion of any litigation in the Schedules and Statement does not constitute an admission by the Debtors of liability, the validity of any action, the availability of insurance coverage, or the amount or treatment of any claims, defenses, counterclaims, or cross-claims or the amount or treatment of any potential claim resulting from any current or future litigation. For the avoidance of doubt, the Debtors preserve all defenses with respect to any lawsuit listed on Schedule E/F, including, but not limited to, the right to dispute that any of the lawsuits listed were not properly filed or that the Debtors were not properly served a complaint in accordance with applicable state or federal laws. In addition, certain litigation or claims covered by insurance policies maintained by the Debtors may be excluded from Schedule E/F.

Schedule G – Executory Contracts and Unexpired Leases. The Debtors' business is large and complex. Although reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions, or overinclusions may have occurred.

Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease, that such contract or agreement was in effect on the Petition Date, or that such contract or agreement is valid or enforceable. Nothing herein shall be construed as an admission, concession, or evidence that any of the contracts, agreements, and leases identified on Schedule G: (i) constitute an executory contract or unexpired lease within the meaning of section 365 of the Bankruptcy Code and other applicable law; or (ii) have not expired or been terminated or otherwise are not currently in full force and effect. Moreover, omission of a contract or lease from Schedule G does not constitute an admission that the contract or lease is not an executory contract or unexpired lease. The Debtors reserve all of their rights, including its right to seek a later determination of these issues and its right to dispute the validity, status, characterization, or enforceability of any contract or lease in Schedule G.

Certain of these contracts or leases may have been modified, amended, or supplemented by various amendments, restatements, statement of works, waivers, estoppel certificates, letters, improvement initiatives, notices to proceed, field directives, side letters, commitment letters, and other documents, instruments, and agreements that may not be listed, but are nonetheless incorporated by this reference.

Certain of the leases and contracts listed on Schedule G may contain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G.

The Debtors may have entered into various agreements in the ordinary course of its business, such as easements, rights of way, subordinations, nondisturbance and attornment agreements, supplemental agreements, amendments/letter agreements, title agreements, non-disclosure agreements, confidentiality agreements, and similar such agreements. These documents also may not be listed on Schedule G.

Certain of the agreements listed on Schedule G may have expired or terminated pursuant to their terms, but are listed on Schedule G in an abundance of caution.

The Debtors reserve all rights to dispute or challenge the characterization of any transaction or any document or instrument related to a creditor's claim.

In some cases, the same supplier or provider may appear multiple times in the Debtors' Schedule G. Multiple listings, if any, reflect distinct agreements between the Debtors and such supplier or provider.

The listing of any contract on Schedule G does not constitute an admission by the Debtor as to the validity of any such contract. The Debtors reserves the right to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

Schedule H – Co-Debtors. Although the Debtors have made every effort to ensure the accuracy of Schedule H, inadvertent errors, omissions, or inclusions may have occurred. The Debtors hereby reserves all rights to dispute the validity, status, and enforceability of any obligations set forth on Schedule H and to amend or supplement such Schedule further as necessary.

The Debtors further reserve all rights, claims, and causes of action with respect to the obligations listed on Schedule H, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument related to a creditor's claim. The listing of a contract, guarantee, or other obligation on Schedule H shall not be deemed an admission that such obligation is binding, valid, or enforceable.

In the ordinary course of their business, the Debtors are involved in pending or threatened litigation and claims arising out of the conduct of its business. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counterclaims against other parties. Because such claims are listed elsewhere in the Statement and Schedules, they have not been set forth individually on Schedule H.

Schedule H may also reflect guarantees. The Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, debt instruments, and other such agreements. Further, the Debtors believe that certain of the guarantees reflected on Schedule H may have expired or may no longer be enforceable. Thus, the Debtors reserve their right, but shall not be required, to amend the Schedules to the extent that additional guarantees are identified or such guarantees are discovered to have expired or are unenforceable.

**Right to Amend and/or Supplement**

The Debtors reserve the right to amend and/or supplement the Schedules and Statement as may be necessary or appropriate.

**General Disclaimer**

The Debtors have prepared the Schedules and Statement based on the information reflected in the Debtors' books and records. However, inasmuch as the Debtors' books and records have not been audited, the Debtors cannot warrant the absolute accuracy of these documents. The Debtors have made a diligent effort to complete these documents accurately and completely. To the extent additional information becomes available, the Debtors will amend and supplement the Schedules and Statement.

The Debtors and their officers, employees, agents, attorneys, and financial advisors do not guarantee or warrant the accuracy, completeness, or timeliness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused, in whole or in part, by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. The Debtors and their officers, employees, agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law. In no event shall the Debtors or their officers, employees, agents, attorneys, and financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused.

**Fill in this information to identify the case:**

Debtor name DDH Fund, LLC

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) 8:26-bk-01640-CPM

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒ *Schedule H: Codebtors* (Official Form 206H)
☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* ______
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration ______

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 22, 2026

*X* /s/ Katie S. Goodman
Signature of individual signing on behalf of debtor

Katie S. Goodman
Printed name

Chief Restructuring Officer
Position or relationship to debtor



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name DDH Fund, LLC

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) 8:26-bk-01640-CPM

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

12/15

**Part 1: Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

1a. **Real property:**
Copy line 88 from *Schedule A/B*.......... $ 19,468,176.00

1b. **Total personal property:**
Copy line 91A from *Schedule A/B*.......... $ 69,059.00

1c. **Total of all property:**
Copy line 92 from *Schedule A/B*.......... $ 19,537,235.00

**Part 2: Summary of Liabilities**

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.......... $ 26,577,096.52

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

**3a. Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......... $ 0.00

**3b. Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......... **+**$ 1,278,916.29

4. **Total liabilities** ..........
Lines 2 + 3a + 3b $ 27,856,012.81



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name DDH Fund, LLC

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) 8:26-bk-01640-CPM

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property

12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☒ No. Go to Part 2.
☐ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|

## Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☒ No. Go to Part 3.
☐ Yes Fill in the information below.

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☒ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less: 460,396.00 (face amount) - 391,337.00 (doubtful or uncollectible accounts) = .... $69,059.00

12. **Total of Part 3.**

Current value on lines 11a + 11b = line 12. Copy the total to line 82. **$69,059.00**

## Part 4: Investments

13. **Does the debtor own any investments?**

☒ No. Go to Part 5.
☐ Yes Fill in the information below.

## Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No. Go to Part 6.
☐ Yes Fill in the information below.



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC Case number *(If known)* 8:26-bk-01640-CPM
Name

**Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7: Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No. Go to Part 8.
☐ Yes Fill in the information below.

**Part 8: Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No. Go to Part 9.
☐ Yes Fill in the information below.

**Part 9: Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☒ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| **Description and location of property** Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | **Nature and extent of debtor's interest in property** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|
| 55.1. 23 Pleasant St. Philadelphia, PA 19119 | Fee Simple | $0.00 | Tax records | $185,900.00 |
| 55.2. 31 North 53rd St. Philadelphia, PA 19139 | Fee Simple | $0.00 | Tax records | $116,500.00 |
| 55.3. 52 Collum St. Philadelphia, PA 19144 | Fee Simple | $0.00 | Tax records | $51,200.00 |
| 55.4. 53 West Sharpnack St. Philadelphia, PA 19119 | Fee Simple | $0.00 | Tax records | $177,300.00 |
| 55.5. 103 East Walnut Park Dr. Philadelphia, PA 19120 | Fee Simple | $0.00 | Tax records | $212,900.00 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC Case number (If known) 8:26-bk-01640-CPM
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.6. | 127 West Apsley St. Philadelphia, PA 19144 | Fee Simple | $0.00 | Tax records | $210,900.00 |
| 55.7. | 2948 Cecil B. Moore Ave. Philadelphia, PA 19121 | Fee Simple | $0.00 | Tax records | $156,800.00 |
| 55.8. | 141 West Apsley St. Philadelphia, PA 19144 | Fee Simple | $0.00 | Tax records | $235,000.00 |
| 55.9. | 2603 West Seltzer St. Philadelphia, PA 19132 | Fee Simple | $0.00 | Tax records | $63,500.00 |
| 55.10. | 170 Meehan St. Philadelphia, PA 19119 | Fee Simple | $0.00 | Tax records | $234,400.00 |
| 55.11. | 2300 N. 15th St. Philadelphia, PA 19132 | Fee Simple | $0.00 | Tax records | $430,700.00 |
| 55.12. | 2336 North 19th Street Philadelphia, PA 19132 | Fee Simple | $0.00 | Tax records | $430,700.00 |
| 55.13. | 2407 N. Newkirk St. Philadelphia, PA 19132 | Fee Simple | $0.00 | Tax records | $103,400.00 |
| 55.14. | 200 Grant St. Riverside, NJ 08075 | Fee Simple | $0.00 | Tax records | $129,000.00 |
| 55.15. | 220 N. Simpson St. Philadelphia, PA 19139 | Fee Simple | $0.00 | Tax records | $121,300.00 |
| 55.16. | 290 Watson Ave. Coatesville, PA 19320 | Fee Simple | $0.00 | Tax records | $108,340.00 |
| 55.17. | 335 N. Redfield St. Philadelphia, PA 19139 | Fee Simple | $0.00 | Tax records | $72,900.00 |
| 55.18. | 5332 Lena St. Philadelphia, PA 19144 | Fee Simple | $0.00 | Tax records | $140,200.00 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | | | | | |
|---|---|---|---|---|---|
| 55.19. | 4124 Paul St. Philadelphia, PA 19124 | Fee Simple | $0.00 | Tax records | $83,600.00 |
| 55.20. | 4182 Paul St. Philadelphia, PA 19124 | Fee Simple | $0.00 | Tax records | $121,900.00 |
| 55.21. | 2737 W Eyre St. Philadelphia, PA 19121 | Fee Simple | $0.00 | Tax records | $112,400.00 |
| 55.22. | 2749 N. Dover St. Philadelphia, PA 19132 | Fee Simple | $0.00 | Tax records | $108,900.00 |
| 55.23. | 2528 Holbrook St. Philadelphia, PA 19142 | Fee Simple | $0.00 | Tax records | $92,900.00 |
| 55.24. | 5520 Whitby Ave. Philadelphia, PA 19143 | Fee Simple | $0.00 | Tax records | $96,600.00 |
| 55.25. | 5734 Christian St. Philadelphia, PA 19143 | Fee Simple | $0.00 | Tax records | $138,800.00 |
| 55.26. | 427 West Hansberry St. Philadelphia, PA 19144 | Fee Simple | $0.00 | Tax records | $450,100.00 |
| 55.27. | 432 N Salford St. Philadelphia, PA 19151 | Fee Simple | $0.00 | Tax records | $102,300.00 |
| 55.28. | 487 Wigard St. Philadelphia, PA 19128 | Fee Simple | $0.00 | Tax records | $388,600.00 |
| 55.29. | 5932 Webster St. Philadelphia, PA 19143 | Fee Simple | $0.00 | Tax records | $107,900.00 |
| 55.30. | 522 Westwinds Dr. Palm Harbor, FL 34683 | Fee Simple | $0.00 | Tax records | $511,187.00 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC Case number (If known) 8:26-bk-01640-CPM
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.31. | 552 S. Bethlehem Pike Fort Washington, PA 19034 | Fee Simple | $0.00 | Tax records | $230,000.00 |
| 55.32. | 617 N. 38th St., Philadelphia PA 19104 | Fee Simple | $0.00 | Tax records | $187,200.00 |
| 55.33. | 621 Ridge Pike, Lafayette, PA 19444 | Fee Simple | $0.00 | Tax records | $0.00 |
| 55.34. | 733 Oxford St., Bristol, PA 19007 | Fee Simple | $0.00 | Tax records | $139,680.00 |
| 55.35. | 900 Haws Ave., Norristown, PA 19401 | Fee Simple | $0.00 | Tax records | $68,810.00 |
| 55.36. | 907 Centerbrook Dr., Brandon, FL 33511 | Fee Simple | $0.00 | Tax records | $788,533.00 |
| 55.37. | 937 Church Ln., Philadelphia, PA 19138 | Fee Simple | $0.00 | Tax records | $126,400.00 |
| 55.38. | 1161 East Phil Ellena Street, Philadelphia, PA 19150 | Fee Simple | $0.00 | Tax records | $245,400.00 |
| 55.39. | 4933 N. Uber St, Philadelphia, PA 19141 | Fee Simple | $0.00 | Tax records | $151,800.00 |
| 55.40. | 1760 North Lindenwood St., Philadelphia, PA 19131 | Fee Simple | $0.00 | Tax records | $199,200.00 |
| 55.41. | 1238 Harshaw Rd., Brookhaven, PA 19015 | Fee Simple | $0.00 | Tax records | $0.00 |
| 55.42. | 1327 N. Wanamaker St., Philadelphia, PA19131 | Fee Simple | $0.00 | Tax records | $173,500.00 |
| 55.43. | 1331 W. Silver St., Philadelphia, PA 19132 | Fee Simple | $0.00 | Tax records | $34,400.00 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC Case number (If known) 8:26-bk-01640-CPM

| | | | | | |
|---|---|---|---|---|---|
| 55.44. | 1424 N. 62nd St., Philadelphia, PA 19151 | Fee Simple | $0.00 | Tax records | $0.00 |
| 55.45. | 1431 N. 54th St., Philadelphia, PA 19131 | Fee Simple | $0.00 | Tax records | $160,400.00 |
| 55.46. | 1609 N. 18th St., Philadelphia, PA 19121 | Fee Simple | $0.00 | | $0.00 |
| 55.47. | 1612 S. Conestoga St., Philadelphia, PA 19143 | Fee Simple | $0.00 | Tax records | $99,800.00 |
| 55.48. | 5242 N. Camac St., Philadelphia, PA 19141 | Fee Simple | $0.00 | Tax records | $119,800.00 |
| 55.49. | 1629 S. 55th St., Philadelphia, PA 19143 | Fee Simple | $0.00 | Tax records | $111,500.00 |
| 55.50. | 1655 N. Wilton St., Philadelphia, PA 19131 | Fee Simple | $0.00 | Tax records | $14,200.00 |
| 55.51. | 1657 N. Wilton St., Philadelphia, PA 19131 | Fee Simple | $0.00 | Tax records | $14,200.00 |
| 55.52. | 1692 Powell Rd., Brookhaven, PA 19015 | Fee Simple | $0.00 | Tax records | $65,060.00 |
| 55.53. | 4015 Worrilow Road, Brookhaven, PA 19015 | Fee Simple | $0.00 | Tax records | $71,300.00 |
| 55.54. | 4024 Gideon Rd, Brookhaven, PA 19015 | Fee Simple | $0.00 | Tax records | $68,800.00 |
| 55.55. | 1205 Rainer Road, Brookhaven, PA 19015 | Fee Simple | $0.00 | Tax records | $69,600.00 |
| 55.56. | 3922 Elson Road, Brookhaven, PA 19015 | Fee Simple | $0.00 | Tax records | $74,000.00 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC Case number (If known) 8:26-bk-01640-CPM
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.57. | 1449 Rainer Road, Brookhaven, PA 19015 | Fee Simple | $0.00 | Tax records | $73,100.00 |
| 55.58. | 1345 Harshaw Road, Brookhaven, PA 19015 | Fee Simple | $0.00 | Tax records | $67,580.00 |
| 55.59. | 1306 Elson Road, Brookhaven PA 19015 | Fee Simple | $0.00 | Tax records | $69,000.00 |
| 55.60. | 1238 Harshaw Road, Brookhaven, PA 19015 | Fee Simple | $0.00 | Tax records | $67,220.00 |
| 55.61. | 11501 Minnieola Dr, New Port Richey, FL 34654 | Fee Simple | $0.00 | Tax records | $353,059.00 |
| 55.62. | 11639 Belle Haven Dr, Port Richey, FL 34654 | Fee Simple | $0.00 | Tax records | $578,826.00 |
| 55.63. | 1703 Arlington St, Philadelphia, PA 19121 | Fee Simple | $0.00 | Tax records | $241,800.00 |
| 55.64. | 1721 N. Lindenwood St., Philadelphia, PA 19131 | Fee Simple | $0.00 | Tax records | $115,600.00 |
| 55.65. | 1744 N. Wilton St., Philadelphia, PA 19131 | Fee Simple | $0.00 | Tax records | $117,400.00 |
| 55.66. | 5865 Kemble Ave, Philadelphia, PA 19141 | Fee Simple | $0.00 | Tax records | $173,600.00 |
| 55.67. | 6032 N 19th St, Philadelphia, PA 19141 | Fee Simple | $0.00 | Tax records | $174,400.00 |
| 55.68. | 1808 Fox Cir, Clearwater, FL 33764 | Fee Simple | $0.00 | Tax records | $483,857.00 |
| 55.69. | 1823 72nd Ave, Philadelphia, PA 19126 | Fee Simple | $0.00 | Tax records | $193,300.00 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC Case number (If known) 8:26-bk-01640-CPM
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.70 . | 1835 Ashley Rd, Philadelphia, PA 19126 | Fee Simple | $0.00 | Tax records | $206,700.00 |
| 55.71 . | 1835 S Taylor St, Philadelphia, PA 19145 | Fee Simple | $0.00 | Tax records | $247,900.00 |
| 55.72 . | 1838 N 23rd St, Philadelphia, PA 19121 | Fee Simple | $0.00 | Tax records | $102,600.00 |
| 55.73 . | 2521 N Cleveland St, Philadelphia, PA 19132 | Fee Simple | $0.00 | Tax records | $120,900.00 |
| 55.74 . | 2714 N Croskey St, Philadelphia, PA 19132 | Fee Simple | $0.00 | Tax records | $120,500.00 |
| 55.75 . | 2735 W Somerset St, Philadelphia, PA 19132 | Fee Simple | $0.00 | Tax records | $101,900.00 |
| 55.76 . | 3438 N 18th St, Philadelphia, PA 19140 | Fee Simple | $0.00 | Tax records | $215,000.00 |
| 55.77 . | 2000 S Salford St, Philadelphia, PA 19143 | Fee Simple | $0.00 | Tax records | $87,700.00 |
| 55.78 . | 2016 W Boston St, Philadelphia, PA 19132 | Fee Simple | $0.00 | Tax records | $104,800.00 |
| 55.79 . | 2056 Haines St, Philadelphia, PA 19138 | Fee Simple | $0.00 | Tax records | $161,300.00 |
| 55.80 . | 2060 N Franklin St, Philadelphia, PA 19122 | Fee Simple | $0.00 | Tax records | $289,000.00 |
| 55.81 . | 2120 W Spencer St, Philadelphia, PA 19138 | Fee Simple | $0.00 | Tax records | $84,100.00 |
| 55.82 . | 2125 N Franklin St, Philadelphia, PA 19122 | Fee Simple | $0.00 | Tax records | $324,000.00 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC
Name
Case number *(If known)* 8:26-bk-01640-CPM

| | | | | | |
|---|---|---|---|---|---|
| 55.83. | 2235 N 22nd St, Philadelphia, PA 19132 | Fee Simple | $0.00 | Tax records | $175,000.00 |
| 55.84. | 2240 W Estaugh St, Philadelphia, PA 19140 | Fee Simple | $0.00 | Tax records | $103,600.00 |
| 55.85. | 2407 N Newkirk St, Philadelphia, PA 19132 | Fee Simple | $0.00 | Tax records | $103,400.00 |
| 55.86. | 2455 N Opal St, Philadelphia, PA 19132 | Fee Simple | $0.00 | Tax records | $119,200.00 |
| 55.87. | 2508 N Opal St, Philadelphia, PA 19132 | Fee Simple | $0.00 | Tax records | $76,300.00 |
| 55.88. | 2516 W. Somerset St., Philadelphia, PA 19132 | Fee Simple | $0.00 | Tax records | $81,200.00 |
| 55.89. | 2637 N Stanley St, Philadelphia, PA 19132 | Fee Simple | $0.00 | Tax records | $76,400.00 |
| 55.90. | 2648 N Stanley St, Philadelphia, PA 19132 | Fee Simple | $0.00 | Tax records | $76,400.00 |
| 55.91. | 2731 W Oakdale St, Philadelphia, PA 19132 | Fee Simple | $0.00 | Tax records | $0.00 |
| 55.92. | 3013 N Lambert St, Philadelphia, PA 19132 | Fee Simple | $0.00 | Tax records | $68,900.00 |
| 55.93. | 3123 N Sheridan St, Philadelphia, PA 19133 | Fee Simple | $0.00 | Tax records | $74,400.00 |
| 55.94. | 3146 Hanover Pike, Hanover, PA 17331 | Fee Simple | $0.00 | Tax records | $140,400.00 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC
Name

Case number *(If known)* 8:26-bk-01640-CPM

| | | | | | |
|---|---|---|---|---|---|
| 55.95. | 3305 Gransback St, Philadelphia, PA 19134 | Fee Simple | $0.00 | Tax records | $63,700.00 |
| 55.96. | 8010 Silver Lure Dr, Humble, TX 77346 | Fee Simple | $0.00 | Tax records | $237,569.00 |
| 55.97. | 196 W Chew Ave, Philadelphia, PA 19120 | Fee Simple | $0.00 | Tax records | $287,200.00 |
| 55.98. | 4488 Livingston St., Philadelphia, PA 19137 | Fee Simple | $0.00 | Tax records | $201,600.00 |
| 55.99. | 3914 Fairdale Rd, Philadelphia, PA 19154 | Fee Simple | $0.00 | Tax records | $369,100.00 |
| 55.100. | 9000 West Chester Pike Upper Darby, PA 19082 | Fee Simple | $0.00 | Tax records | $156,100.00 |
| 55.101. | 3640 Morrell Ave, Philadelphia, PA 19114 | Fee Simple | $0.00 | Tax records | $280,700.00 |
| 55.102. | 3712 N Percy St, Philadelphia, PA 19140 | Fee Simple | $0.00 | Tax records | $85,600.00 |
| 55.103. | 4114 N Darien St, Philadelphia, PA 19140 | Fee Simple | $0.00 | Tax records | $93,100.00 |
| 55.104. | 3850 N 18th St, Philadelphia, PA 19140 | Fee Simple | $0.00 | Tax records | $176,000.00 |
| 55.105. | 4036 Vista St, Philadelphia, PA 19136 | Fee Simple | $0.00 | Tax records | $191,000.00 |
| 55.106. | 4835 N Marvine St, Philadelphia, PA 19141 | Fee Simple | $0.00 | Tax records | $200,400.00 |
| 55.107. | 4937 W Stiles St, Philadelphia, PA 19131 | Fee Simple | $0.00 | Tax records | $16,200.00 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC Case number (If known) 8:26-bk-01640-CPM
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.108. | 4939 W Stiles St, Philadelphia, PA 19131 | Fee Simple | $0.00 | Tax records | $16,200.00 |
| 55.109. | 5056 Summer St, Philadelphia, PA 19139 | Fee Simple | $0.00 | Tax records | $215,000.00 |
| 55.110. | 5320 Lebanon Ave, Philadelphia, PA 19131 | Fee Simple | $0.00 | Tax records | $240,900.00 |
| 55.111. | 6236 N Beechwood St, Philadelphia, PA 19138 | Fee Simple | $0.00 | Tax records | $49,700.00 |
| 55.112. | 5518 Whitby Ave, Philadelphia, PA 19143 | Fee Simple | $0.00 | Tax records | $142,800.00 |
| 55.113. | 5526 Jane St, Philadelphia, PA 19138 | Fee Simple | $0.00 | Tax records | $108,500.00 |
| 55.114. | 5548 Upland St, Philadelphia, PA 19143 | Fee Simple | $0.00 | Tax records | $160,000.00 |
| 55.115. | 5626 Heiskell St, Philadelphia, PA 19144 | Fee Simple | $0.00 | Tax records | $95,500.00 |
| 55.116. | 7275 E Walnut Ln, Philadelphia, PA 19138 | Fee Simple | $0.00 | Tax records | $184,200.00 |
| 55.117. | 6301 Cardiff St, Philadelphia, PA 19149 | Fee Simple | $0.00 | Tax records | $221,100.00 |
| 55.118. | 6514 N Beechwood St, Philadelphia, PA 19138 | Fee Simple | $0.00 | Tax records | $153,700.00 |
| 55.119. | 9002 West Chester Pike, Upper Darby, PA 19082 19082 | Fee Simple | $0.00 | Tax records | $114,880.00 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC Case number (If known) 8:26-bk-01640-CPM
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.120. | 6220 Flamingo Dr, Apollo Beach, FL 33572 | Fee Simple | $0.00 | Tax records | $624,445.00 |
| 55.121. | 105 Chatham St, Avondale, PA 19311 | Fee Simple | $0.00 | Tax records | $102,930.00 |

56. **Total of Part 9.** $19,468,176.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 10: Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☒ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. | **Internet domain names and websites** | | | |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| | Tenant List | $0.00 | | Unknown |
| | Investor List | $0.00 | | Unknown |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

66. **Total of Part 10.** $0.00

Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☒ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC
Name

Case number *(If known)* 8:26-bk-01640-CPM

**Part 11: All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No. Go to Part 12.
☐ Yes Fill in the information below.


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC Case number *(If known)* 8:26-bk-01640-CPM
Name

**Part 12: Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $69,059.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. | **Real property.** *Copy line 56, Part 9*..........................................................................................> | | $19,468,176.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $69,059.00 | + 91b. $19,468,176.00 |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $19,537,235.00 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name DDH Fund, LLC

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) 8:26-bk-01640-CPM

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1: List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|
| 2.1 Board of County Commissioners | $677.50 | $511,187.00 |

2.1 Board of County Commissioners

Creditor's Name

Board of County Commissioners of Pinellas County, Florida
631 315 Court St # 501
Clearwater, FL 33756

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
5/21/2025

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
1. Grove Funding III Trust
2. Board of County Commissioners

**Describe debtor's property that is subject to a lien**
522 Westwinds Dr. Palm Harbor, FL 34683

**Describe the lien**
Code Enforcement Lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | Column A | Column B |
|---|---|---|
| 2.2 Board of County Commissioners | $1,165.00 | $511,187.00 |

2.2 Board of County Commissioners

Creditor's Name

Board of County Commissioners of Pinellas County, Florida
631 315 Court St # 501
Clearwater, FL 33756

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
8/11/2025

**Describe debtor's property that is subject to a lien**
522 Westwinds Dr. Palm Harbor, FL 34683

**Describe the lien**
Code Enforcement Lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC
Name

Case number (if known) 8:26-bk-01640-CPM

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.3 Brighthouse Life Insurance Company
Creditor's Name

1 MetLife Way
Whippany, NJ 07981
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
4/15/2021

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
220 N. Simpson St.Philadelphia, PA 19139

$156,662.03 $121,300.00

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
1. Brighthouse Life Insurance Company
2. City of Philadelphia
3. City of Philadelphia Water Rev. Bureau
4. City of Philadelphia, Dept. of Revenue

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.4 Circle of Wealth Fund III LLC
Creditor's Name

701 E. Front Ave., 2nd Floor
Coeur D Alene, ID 83814
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
2/16/2021

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
2056 Haines St, Philadelphia, PA 19138

$128,375.00 $161,300.00

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC
Name

Case number (if known) 8:26-bk-01640-CPM

1. City of Philadelphia
2. City of Philadelphia Water Rev. Bureau
3. City of Philadelphia, Dept. of Revenue
4. Circle of Wealth Fund III LLC

| | | | | |
|---|---|---|---|---|
| 2.5 | City of Philadelphia<br>Creditor's Name<br>Department of Licenses and | **Describe debtor's property that is subject to a lien**<br>23 Pleasant St.Philadelphia, PA 19119; 52 | $6,010.00 | $14,235,180.00 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Inspections
1401 JFK Blvd., 11th Floor
Code Enforcement Unit
Philadelphia, PA 19102

Collum St.Philadelphia, PA 19144; 53 West
Sharpnack St.Philadelphia, PA 19119; 103 East
Walnut Park Dr.Philadelphia, PA 19120; 127
West Apsley St.Philadelphia, PA 19144; 2948
Cecil B. Moore Ave.Philadelphia, PA 19121; 141
West Apsley St.Philadelphia, PA 19144; 2603
West Seltzer St.Philadelphia, PA 19132; 170
Meehan St.Philadelphia, PA 19119; 2300 N. 15th
St.Philadelphia, PA 19132; 2336 North 19th
StreetPhiladelphia, PA 19132; 2407 N. Newkirk
St.Philadelphia, PA 19132; 220 N. Simpson
St.Philadelphia, PA 19139; 335 N. Redfield
St.Philadelphia, PA 19139; 5332 Lena
St.Philadelphia, PA 19144; 4124 Paul
St.Philadelphia, PA 19124 ; 4182 Paul
St.Philadelphia, PA 19124; 2737 W Eyre
St.Philadelphia, PA 19121 ; 2749 N. Dover
St.Philadelphia, PA 19132; 2528 Holbrook
St.Philadelphia, PA 19142; 5520 Whitby
Ave.Philadelphia, PA 19143; 5734 Christian
St.Philadelphia, PA 19143 ; 427 West Hansberry
St.Philadelphia, PA 19144; 432 N Salford
St.Philadelphia, PA 19151; 487 Wigard
St.Philadelphia, PA 19128; 5932 Webster
St.Philadelphia, PA 19143 ; 617 N. 38th St.,
Philadelphia PA 19104; 937 Church Ln.,
Philadelphia, PA 19138; 1161 East Phil Ellena
Street, Philadelphia, PA 19150; 4933 N. Uber St,
Philadelphia, PA 19141; 1760 North Lindenwood
St., Philadelphia, PA 19131; 1327 N.
Wanamaker St., Philadelphia, PA19131; 1331
W. Silver St., Philadelphia, PA 19132; 1424 N.
62nd St., Philadelphia, PA 19151; 1431 N. 54th
St., Philadelphia, PA 19131; 1609 N. 18th St.,
Philadelphia, PA 19121; 1612 S. Conestoga St.,
Philadelphia, PA 19143; 5242 N. Camac St.,
Philadelphia, PA 19141; 1629 S. 55th St.,
Philadelphia, PA 19143; 1655 N. Wilton St.,
Philadelphia, PA 19131; 1657 N. Wilton St.,
Philadelphia, PA 19131; 1703 Arlington St,
Philadelphia, PA 19121; 1721 N. Lindenwood
St., Philadelphia, PA 19131; 1744 N. Wilton St.,
Philadelphia, PA 19131; 6032 N 19th St,
Philadelphia, PA 19141 ; 1823 72nd Ave,
Philadelphia, PA 19126; 1835 Ashley Rd,
Philadelphia, PA 19126; 1835 S Taylor St,
Philadelphia, PA 19145 ; 1838 N 23rd St,
Philadelphia, PA 19121; 2521 N Cleveland St,
Philadelphia, PA 19132; 2714 N Croskey St,
Philadelphia, PA 19132; 2735 W Somerset St,
Philadelphia, PA 19132 ; 3438 N 18th St,
Philadelphia, PA 19140; 2000 S Salford St,
Philadelphia, PA 19143; 2016 W Boston St,
Philadelphia, PA 19132; 2056 Haines St,
Philadelphia, PA 19138; 2060 N Franklin St,
Philadelphia, PA 19122; 2120 W Spencer St,
Philadelphia, PA 19138 ; 2125 N Franklin St,
Philadelphia, PA 19122 ; 2235 N 22nd St,
Philadelphia, PA 19132; 2240 W Estaugh St,
Philadelphia, PA 19140 ; 2407 N Newkirk St,
Philadelphia, PA 19132; 2455 N Opal St,
Philadelphia, PA 19132; 2508 N Opal St,
Philadelphia, PA 19132 ; 2516 W. Somerset St.,
Philadelphia, PA 19132; 2637 N Stanley St,
Philadelphia, PA 19132 ; 2648 N Stanley St,
Philadelphia, PA 19132 ; 2731 W Oakdale St,
Philadelphia, PA 19132; 3013 N Lambert St,
Philadelphia, PA 19132; 3123 N Sheridan St,
Philadelphia, PA 19133; 3305 Gransback St,
Philadelphia, PA 19134; 196 W Chew Ave,
Philadelphia, PA 191[illegible]; 4488 Livingston St



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC
Name

Case number (if known) 8:26-bk-01640-CPM

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
5/19/2025

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.4

**Describe the lien**
Code Enforcement Lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.6 City of Philadelphia Water Rev. Bureau
Creditor's Name
c/o City of Philadelphia Law

**Describe debtor's property that is subject to a lien**
23 Pleasant St.Philadelphia, PA 19119; 31 North

$1,468.38 $14,525,280.00



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC
Name
Case number (if known) 8:26-bk-01640-CPM

Department
1401 John F. Kennedy Blvd., 5th Flr.
Philadelphia, PA 19102

53rd St.Philadelphia, PA 19139; 52 Collum St.Philadelphia, PA 19144; 53 West Sharpnack St.Philadelphia, PA 19119; 103 East Walnut Park Dr.Philadelphia, PA 19120; 127 West Apsley St.Philadelphia, PA 19144; 2948 Cecil B. Moore Ave.Philadelphia, PA 19121; 141 West Apsley St.Philadelphia, PA 19144; 2603 West Seltzer St.Philadelphia, PA 19132; 170 Meehan St.Philadelphia, PA 19119; 2300 N. 15th St.Philadelphia, PA 19132; 2336 North 19th StreetPhiladelphia, PA 19132; 2407 N. Newkirk St.Philadelphia, PA 19132; 220 N. Simpson St.Philadelphia, PA 19139; 335 N. Redfield St.Philadelphia, PA 19139; 5332 Lena St.Philadelphia, PA 19144; 4124 Paul St.Philadelphia, PA 19124 ; 4182 Paul St.Philadelphia, PA 19124; 2737 W Eyre St.Philadelphia, PA 19121 ; 2749 N. Dover St.Philadelphia, PA 19132; 2528 Holbrook St.Philadelphia, PA 19142; 5520 Whitby Ave.Philadelphia, PA 19143; 5734 Christian St.Philadelphia, PA 19143 ; 427 West Hansberry St.Philadelphia, PA 19144; 432 N Salford St.Philadelphia, PA 19151; 487 Wigard St.Philadelphia, PA 19128; 5932 Webster St.Philadelphia, PA 19143 ; 617 N. 38th St., Philadelphia PA 19104; 937 Church Ln., Philadelphia, PA 19138; 1161 East Phil Ellena Street, Philadelphia, PA 19150; 4933 N. Uber St, Philadelphia, PA 19141; 1760 North Lindenwood St., Philadelphia, PA 19131; 1327 N. Wanamaker St., Philadelphia, PA19131; 1331 W. Silver St., Philadelphia, PA 19132; 1424 N. 62nd St., Philadelphia, PA 19151; 1431 N. 54th St., Philadelphia, PA 19131; 1609 N. 18th St., Philadelphia, PA 19121; 1612 S. Conestoga St., Philadelphia, PA 19143; 5242 N. Camac St., Philadelphia, PA 19141; 1629 S. 55th St., Philadelphia, PA 19143; 1655 N. Wilton St., Philadelphia, PA 19131; 1657 N. Wilton St., Philadelphia, PA 19131; 1703 Arlington St, Philadelphia, PA 19121; 1721 N. Lindenwood St., Philadelphia, PA 19131; 1744 N. Wilton St., Philadelphia, PA 19131; 5865 Kemble Ave, Philadelphia, PA 19141 ; 6032 N 19th St, Philadelphia, PA 19141 ; 1823 72nd Ave, Philadelphia, PA 19126; 1835 Ashley Rd, Philadelphia, PA 19126; 1835 S Taylor St, Philadelphia, PA 19145 ; 1838 N 23rd St, Philadelphia, PA 19121; 2521 N Cleveland St, Philadelphia, PA 19132; 2714 N Croskey St, Philadelphia, PA 19132; 2735 W Somerset St, Philadelphia, PA 19132 ; 3438 N 18th St, Philadelphia, PA 19140; 2000 S Salford St, Philadelphia, PA 19143; 2016 W Boston St, Philadelphia, PA 19132; 2056 Haines St, Philadelphia, PA 19138; 2060 N Franklin St, Philadelphia, PA 19122; 2120 W Spencer St, Philadelphia, PA 19138 ; 2125 N Franklin St, Philadelphia, PA 19122 ; 2235 N 22nd St, Philadelphia, PA 19132; 2240 W Estaugh St, Philadelphia, PA 19140 ; 2407 N Newkirk St, Philadelphia, PA 19132; 2455 N Opal St, Philadelphia, PA 19132; 2508 N Opal St, Philadelphia, PA 19132 ; 2516 W. Somerset St, Philadelphia, PA 19132; 2637 N Stanley St, Philadelphia, PA 19132 ; 2648 N Stanley St, Philadelphia, PA 19132 ; 2731 W Oakdale St, Philadelphia, PA 19132; 3013 N Lambert St, Philadelphia, PA 19132; 3123 N Sheridan St, Philadelphia, PA 19133; 3305 Granshack St



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC
Name

Case number (if known) 8:26-bk-01640-CPM

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
7/3/2025

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**Describe the lien**
Utility Lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.7 City of Philadelphia Water Rev. Bureau
Creditor's Name
c/o City of Philadelphia Law

**Describe debtor's property that is subject to a lien**
23 Pleasant St.Philadelphia, PA 19119; 31 North

$2,111.96 $14,525,280.00



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC
Name

Case number (if known) 8:26-bk-01640-CPM

| | |
|---|---|
| Department<br>1401 John F. Kennedy Blvd.,<br>5th Flr.<br>Philadelphia, PA 19102 | 53rd St.Philadelphia, PA 19139; 52 Collum St.Philadelphia, PA 19144; 53 West Sharpnack St.Philadelphia, PA 19119; 103 East Walnut Park Dr.Philadelphia, PA 19120; 127 West Apsley St.Philadelphia, PA 19144; 2948 Cecil B. Moore Ave.Philadelphia, PA 19121; 141 West Apsley St.Philadelphia, PA 19144; 2603 West Seltzer St.Philadelphia, PA 19132; 170 Meehan St.Philadelphia, PA 19119; 2300 N. 15th St.Philadelphia, PA 19132; 2336 North 19th StreetPhiladelphia, PA 19132; 2407 N. Newkirk St.Philadelphia, PA 19132; 220 N. Simpson St.Philadelphia, PA 19139; 335 N. Redfield St.Philadelphia, PA 19139; 5332 Lena St.Philadelphia, PA 19144; 4124 Paul St.Philadelphia, PA 19124 ; 4182 Paul St.Philadelphia, PA 19124; 2737 W Eyre St.Philadelphia, PA 19121 ; 2749 N. Dover St.Philadelphia, PA 19132; 2528 Holbrook St.Philadelphia, PA 19142; 5520 Whitby Ave.Philadelphia, PA 19143; 5734 Christian St.Philadelphia, PA 19143 ; 427 West Hansberry St.Philadelphia, PA 19144; 432 N Salford St.Philadelphia, PA 19151; 487 Wigard St.Philadelphia, PA 19128; 5932 Webster St.Philadelphia, PA 19143 ; 617 N. 38th St., Philadelphia PA 19104; 937 Church Ln., Philadelphia, PA 19138; 1161 East Phil Ellena Street, Philadelphia, PA 19150; 4933 N. Uber St, Philadelphia, PA 19141; 1760 North Lindenwood St., Philadelphia, PA 19131; 1327 N. Wanamaker St., Philadelphia, PA19131; 1331 W. Silver St., Philadelphia, PA 19132; 1424 N. 62nd St., Philadelphia, PA 19151; 1431 N. 54th St., Philadelphia, PA 19131; 1609 N. 18th St., Philadelphia, PA 19121; 1612 S. Conestoga St., Philadelphia, PA 19143; 5242 N. Camac St., Philadelphia, PA 19141; 1629 S. 55th St., Philadelphia, PA 19143; 1655 N. Wilton St., Philadelphia, PA 19131; 1657 N. Wilton St., Philadelphia, PA 19131; 1703 Arlington St, Philadelphia, PA 19121; 1721 N. Lindenwood St., Philadelphia, PA 19131; 1744 N. Wilton St., Philadelphia, PA 19131; 5865 Kemble Ave, Philadelphia, PA 19141 ; 6032 N 19th St, Philadelphia, PA 19141 ; 1823 72nd Ave, Philadelphia, PA 19126; 1835 Ashley Rd, Philadelphia, PA 19126; 1835 S Taylor St, Philadelphia, PA 19145 ; 1838 N 23rd St, Philadelphia, PA 19121; 2521 N Cleveland St, Philadelphia, PA 19132; 2714 N Croskey St, Philadelphia, PA 19132; 2735 W Somerset St, Philadelphia, PA 19132 ; 3438 N 18th St, Philadelphia, PA 19140; 2000 S Salford St, Philadelphia, PA 19143; 2016 W Boston St, Philadelphia, PA 19132; 2056 Haines St, Philadelphia, PA 19138; 2060 N Franklin St, Philadelphia, PA 19122; 2120 W Spencer St, Philadelphia, PA 19138 ; 2125 N Franklin St, Philadelphia, PA 19122 ; 2235 N 22nd St, Philadelphia, PA 19132; 2240 W Estaugh St, Philadelphia, PA 19140 ; 2407 N Newkirk St, Philadelphia, PA 19132; 2455 N Opal St, Philadelphia, PA 19132; 2508 N Opal St, Philadelphia, PA 19132 ; 2516 W. Somerset St, Philadelphia, PA 19132; 2637 N Stanley St, Philadelphia, PA 19132 ; 2648 N Stanley St, Philadelphia, PA 19132 ; 2731 W Oakdale St, Philadelphia, PA 19132; 3013 N Lambert St, Philadelphia, PA 19132; 3123 N Sheridan St, Philadelphia, PA 19133; 3305 Gransback St |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC
Name

Case number (if known) 8:26-bk-01640-CPM

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
10/31/2024

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**Describe the lien**
Utility Lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.8 City of Philadelphia Water Rev. Bureau
Creditor's Name
c/o City of Philadelphia Law

**Describe debtor's property that is subject to a lien**
31 North 53rd St.Philadelphia, PA 19139; 52

$1,621.30 $14,339,380.00



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC
Name

Case number (if known) 8:26-bk-01640-CPM

Department
1401 John F. Kennedy Blvd.,
5th Flr.
Philadelphia, PA 19102

Collum St.Philadelphia, PA 19144; 53 West Sharpnack St.Philadelphia, PA 19119; 103 East Walnut Park Dr.Philadelphia, PA 19120; 127 West Apsley St.Philadelphia, PA 19144; 2948 Cecil B. Moore Ave.Philadelphia, PA 19121; 141 West Apsley St.Philadelphia, PA 19144; 2603 West Seltzer St.Philadelphia, PA 19132; 170 Meehan St.Philadelphia, PA 19119; 2300 N. 15th St.Philadelphia, PA 19132; 2336 North 19th StreetPhiladelphia, PA 19132; 2407 N. Newkirk St.Philadelphia, PA 19132; 220 N. Simpson St.Philadelphia, PA 19139; 335 N. Redfield St.Philadelphia, PA 19139; 5332 Lena St.Philadelphia, PA 19144; 4124 Paul St.Philadelphia, PA 19124 ; 4182 Paul St.Philadelphia, PA 19124; 2737 W Eyre St.Philadelphia, PA 19121 ; 2749 N. Dover St.Philadelphia, PA 19132; 2528 Holbrook St.Philadelphia, PA 19142; 5520 Whitby Ave.Philadelphia, PA 19143; 5734 Christian St.Philadelphia, PA 19143 ; 427 West Hansberry St.Philadelphia, PA 19144; 432 N Salford St.Philadelphia, PA 19151; 487 Wigard St.Philadelphia, PA 19128; 5932 Webster St.Philadelphia, PA 19143 ; 617 N. 38th St., Philadelphia PA 19104; 937 Church Ln., Philadelphia, PA 19138; 1161 East Phil Ellena Street, Philadelphia, PA 19150; 4933 N. Uber St, Philadelphia, PA 19141; 1760 North Lindenwood St., Philadelphia, PA 19131; 1327 N. Wanamaker St., Philadelphia, PA19131; 1331 W. Silver St., Philadelphia, PA 19132; 1424 N. 62nd St., Philadelphia, PA 19151; 1431 N. 54th St., Philadelphia, PA 19131; 1609 N. 18th St., Philadelphia, PA 19121; 1612 S. Conestoga St., Philadelphia, PA 19143; 5242 N. Camac St., Philadelphia, PA 19141; 1629 S. 55th St., Philadelphia, PA 19143; 1655 N. Wilton St., Philadelphia, PA 19131; 1657 N. Wilton St., Philadelphia, PA 19131; 1703 Arlington St, Philadelphia, PA 19121; 1721 N. Lindenwood St., Philadelphia, PA 19131; 1744 N. Wilton St., Philadelphia, PA 19131; 5865 Kemble Ave, Philadelphia, PA 19141 ; 6032 N 19th St, Philadelphia, PA 19141 ; 1823 72nd Ave, Philadelphia, PA 19126; 1835 Ashley Rd, Philadelphia, PA 19126; 1835 S Taylor St, Philadelphia, PA 19145 ; 1838 N 23rd St, Philadelphia, PA 19121; 2521 N Cleveland St, Philadelphia, PA 19132; 2714 N Croskey St, Philadelphia, PA 19132; 2735 W Somerset St, Philadelphia, PA 19132 ; 3438 N 18th St, Philadelphia, PA 19140; 2000 S Salford St, Philadelphia, PA 19143; 2016 W Boston St, Philadelphia, PA 19132; 2056 Haines St, Philadelphia, PA 19138; 2060 N Franklin St, Philadelphia, PA 19122; 2120 W Spencer St, Philadelphia, PA 19138 ; 2125 N Franklin St, Philadelphia, PA 19122 ; 2235 N 22nd St, Philadelphia, PA 19132; 2240 W Estaugh St, Philadelphia, PA 19140 ; 2407 N Newkirk St, Philadelphia, PA 19132; 2455 N Opal St, Philadelphia, PA 19132; 2508 N Opal St, Philadelphia, PA 19132 ; 2516 W. Somerset St., Philadelphia, PA 19132; 2637 N Stanley St, Philadelphia, PA 19132 ; 2648 N Stanley St, Philadelphia, PA 19132 ; 2731 W Oakdale St, Philadelphia, PA 19132; 3013 N Lambert St, Philadelphia, PA 19132; 3123 N Sheridan St, Philadelphia, PA 19133; 3305 Gransback St, Philadelphia, PA 19134; 196 W Chew Ave



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC Case number (if known) 8:26-bk-01640-CPM
Name

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
1/7/2025

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**Describe the lien**
Utility Lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

2.9 City of Philadelphia Water Rev. Bureau
Creditor's Name
c/o City of Philadelphia Law

**Describe debtor's property that is subject to a lien**
31 North 53rd St.Philadelphia, PA 19139; 52

$1,612.11 $14,339,380.00



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC
Name

Case number (if known) 8:26-bk-01640-CPM

Department
1401 John F. Kennedy Blvd., 5th Flr.
Philadelphia, PA 19102

Collum St.Philadelphia, PA 19144; 53 West Sharpnack St.Philadelphia, PA 19119; 103 East Walnut Park Dr.Philadelphia, PA 19120; 127 West Apsley St.Philadelphia, PA 19144; 2948 Cecil B. Moore Ave.Philadelphia, PA 19121; 141 West Apsley St.Philadelphia, PA 19144; 2603 West Seltzer St.Philadelphia, PA 19132; 170 Meehan St.Philadelphia, PA 19119; 2300 N. 15th St.Philadelphia, PA 19132; 2336 North 19th StreetPhiladelphia, PA 19132; 2407 N. Newkirk St.Philadelphia, PA 19132; 220 N. Simpson St.Philadelphia, PA 19139; 335 N. Redfield St.Philadelphia, PA 19139; 5332 Lena St.Philadelphia, PA 19144; 4124 Paul St.Philadelphia, PA 19124 ; 4182 Paul St.Philadelphia, PA 19124; 2737 W Eyre St.Philadelphia, PA 19121 ; 2749 N. Dover St.Philadelphia, PA 19132; 2528 Holbrook St.Philadelphia, PA 19142; 5520 Whitby Ave.Philadelphia, PA 19143; 5734 Christian St.Philadelphia, PA 19143 ; 427 West Hansberry St.Philadelphia, PA 19144; 432 N Salford St.Philadelphia, PA 19151; 487 Wigard St.Philadelphia, PA 19128; 5932 Webster St.Philadelphia, PA 19143 ; 617 N. 38th St., Philadelphia PA 19104; 937 Church Ln., Philadelphia, PA 19138; 1161 East Phil Ellena Street, Philadelphia, PA 19150; 4933 N. Uber St, Philadelphia, PA 19141; 1760 North Lindenwood St., Philadelphia, PA 19131; 1327 N. Wanamaker St., Philadelphia, PA19131; 1331 W. Silver St., Philadelphia, PA 19132; 1424 N. 62nd St., Philadelphia, PA 19151; 1431 N. 54th St., Philadelphia, PA 19131; 1609 N. 18th St., Philadelphia, PA 19121; 1612 S. Conestoga St., Philadelphia, PA 19143; 5242 N. Camac St., Philadelphia, PA 19141; 1629 S. 55th St., Philadelphia, PA 19143; 1655 N. Wilton St., Philadelphia, PA 19131; 1657 N. Wilton St., Philadelphia, PA 19131; 1703 Arlington St, Philadelphia, PA 19121; 1721 N. Lindenwood St., Philadelphia, PA 19131; 1744 N. Wilton St., Philadelphia, PA 19131; 5865 Kemble Ave, Philadelphia, PA 19141 ; 6032 N 19th St, Philadelphia, PA 19141 ; 1823 72nd Ave, Philadelphia, PA 19126; 1835 Ashley Rd, Philadelphia, PA 19126; 1835 S Taylor St, Philadelphia, PA 19145 ; 1838 N 23rd St, Philadelphia, PA 19121; 2521 N Cleveland St, Philadelphia, PA 19132; 2714 N Croskey St, Philadelphia, PA 19132; 2735 W Somerset St, Philadelphia, PA 19132 ; 3438 N 18th St, Philadelphia, PA 19140; 2000 S Salford St, Philadelphia, PA 19143; 2016 W Boston St, Philadelphia, PA 19132; 2056 Haines St, Philadelphia, PA 19138; 2060 N Franklin St, Philadelphia, PA 19122; 2120 W Spencer St, Philadelphia, PA 19138 ; 2125 N Franklin St, Philadelphia, PA 19122 ; 2235 N 22nd St, Philadelphia, PA 19132; 2240 W Estaugh St, Philadelphia, PA 19140 ; 2407 N Newkirk St, Philadelphia, PA 19132; 2455 N Opal St, Philadelphia, PA 19132; 2508 N Opal St, Philadelphia, PA 19132 ; 2516 W. Somerset St., Philadelphia, PA 19132; 2637 N Stanley St, Philadelphia, PA 19132 ; 2648 N Stanley St, Philadelphia, PA 19132 ; 2731 W Oakdale St, Philadelphia, PA 19132; 3013 N Lambert St, Philadelphia, PA 19132; 3123 N Sheridan St, Philadelphia, PA 19133; 3305 Gransback St, Philadelphia, PA 19134; 106 W Chew Ave



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC
Name

Case number (if known) 8:26-bk-01640-CPM

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
4/3/2025

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**Describe the lien**
Utility Lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.10 City of Philadelphia Water Rev. Bureau
Creditor's Name
c/o City of Philadelphia Law

**Describe debtor's property that is subject to a lien**
31 North 53rd St.Philadelphia, PA 19139; 52

$1,549.88 $14,339,380.00



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC Case number (if known) 8:26-bk-01640-CPM
Name

Department
1401 John F. Kennedy Blvd.,
5th Flr.
Philadelphia, PA 19102

Collum St.Philadelphia, PA 19144; 53 West
Sharpnack St.Philadelphia, PA 19119; 103 East
Walnut Park Dr.Philadelphia, PA 19120; 127
West Apsley St.Philadelphia, PA 19144; 2948
Cecil B. Moore Ave.Philadelphia, PA 19121; 141
West Apsley St.Philadelphia, PA 19144; 2603
West Seltzer St.Philadelphia, PA 19132; 170
Meehan St.Philadelphia, PA 19119; 2300 N. 15th
St.Philadelphia, PA 19132; 2336 North 19th
StreetPhiladelphia, PA 19132; 2407 N. Newkirk
St.Philadelphia, PA 19132; 220 N. Simpson
St.Philadelphia, PA 19139; 335 N. Redfield
St.Philadelphia, PA 19139; 5332 Lena
St.Philadelphia, PA 19144; 4124 Paul
St.Philadelphia, PA 19124 ; 4182 Paul
St.Philadelphia, PA 19124; 2737 W Eyre
St.Philadelphia, PA 19121 ; 2749 N. Dover
St.Philadelphia, PA 19132; 2528 Holbrook
St.Philadelphia, PA 19142; 5520 Whitby
Ave.Philadelphia, PA 19143; 5734 Christian
St.Philadelphia, PA 19143 ; 427 West Hansberry
St.Philadelphia, PA 19144; 432 N Salford
St.Philadelphia, PA 19151; 487 Wigard
St.Philadelphia, PA 19128; 5932 Webster
St.Philadelphia, PA 19143 ; 617 N. 38th St.,
Philadelphia PA 19104; 937 Church Ln.,
Philadelphia, PA 19138; 1161 East Phil Ellena
Street, Philadelphia, PA 19150; 4933 N. Uber St,
Philadelphia, PA 19141; 1760 North Lindenwood
St., Philadelphia, PA 19131; 1327 N.
Wanamaker St., Philadelphia, PA19131; 1331
W. Silver St., Philadelphia, PA 19132; 1424 N.
62nd St., Philadelphia, PA 19151; 1431 N. 54th
St., Philadelphia, PA 19131; 1609 N. 18th St.,
Philadelphia, PA 19121; 1612 S. Conestoga St.,
Philadelphia, PA 19143; 5242 N. Camac St.,
Philadelphia, PA 19141; 1629 S. 55th St.,
Philadelphia, PA 19143; 1655 N. Wilton St.,
Philadelphia, PA 19131; 1657 N. Wilton St.,
Philadelphia, PA 19131; 1703 Arlington St,
Philadelphia, PA 19121; 1721 N. Lindenwood
St., Philadelphia, PA 19131; 1744 N. Wilton St.,
Philadelphia, PA 19131; 5865 Kemble Ave,
Philadelphia, PA 19141 ; 6032 N 19th St,
Philadelphia, PA 19141 ; 1823 72nd Ave,
Philadelphia, PA 19126; 1835 Ashley Rd,
Philadelphia, PA 19126; 1835 S Taylor St,
Philadelphia, PA 19145 ; 1838 N 23rd St,
Philadelphia, PA 19121; 2521 N Cleveland St,
Philadelphia, PA 19132; 2714 N Croskey St,
Philadelphia, PA 19132; 2735 W Somerset St,
Philadelphia, PA 19132 ; 3438 N 18th St,
Philadelphia, PA 19140; 2000 S Salford St,
Philadelphia, PA 19143; 2016 W Boston St,
Philadelphia, PA 19132; 2056 Haines St,
Philadelphia, PA 19138; 2060 N Franklin St,
Philadelphia, PA 19122; 2120 W Spencer St,
Philadelphia, PA 19138 ; 2125 N Franklin St,
Philadelphia, PA 19122 ; 2235 N 22nd St,
Philadelphia, PA 19132; 2240 W Estaugh St,
Philadelphia, PA 19140 ; 2407 N Newkirk St,
Philadelphia, PA 19132; 2455 N Opal St,
Philadelphia, PA 19132; 2508 N Opal St,
Philadelphia, PA 19132 ; 2516 W. Somerset St.,
Philadelphia, PA 19132; 2637 N Stanley St,
Philadelphia, PA 19132 ; 2648 N Stanley St,
Philadelphia, PA 19132 ; 2731 W Oakdale St,
Philadelphia, PA 19132; 3013 N Lambert St,
Philadelphia, PA 19132; 3123 N Sheridan St,
Philadelphia, PA 19133; 3305 Gransback St,
Philadelphia, PA 19134; 196 W Chew Ave,



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC
Name

Case number (if known) 8:26-bk-01640-CPM

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
7/3/2025

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**Describe the lien**
Utility Lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.11 City of Philadelphia Water Rev. Bureau
Creditor's Name
c/o City of Philadelphia Law

**Describe debtor's property that is subject to a lien**
31 North 53rd St.Philadelphia, PA 19139; 52

$1,841.77 $14,339,380.00



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC Case number (if known) 8:26-bk-01640-CPM
Name

| | |
|---|---|
| Department<br>1401 John F. Kennedy Blvd.,<br>5th Flr.<br>Philadelphia, PA 19102 | Collum St.Philadelphia, PA 19144; 53 West Sharpnack St.Philadelphia, PA 19119; 103 East Walnut Park Dr.Philadelphia, PA 19120; 127 West Apsley St.Philadelphia, PA 19144; 2948 Cecil B. Moore Ave.Philadelphia, PA 19121; 141 West Apsley St.Philadelphia, PA 19144; 2603 West Seltzer St.Philadelphia, PA 19132; 170 Meehan St.Philadelphia, PA 19119; 2300 N. 15th St.Philadelphia, PA 19132; 2336 North 19th StreetPhiladelphia, PA 19132; 2407 N. Newkirk St.Philadelphia, PA 19132; 220 N. Simpson St.Philadelphia, PA 19139; 335 N. Redfield St.Philadelphia, PA 19139; 5332 Lena St.Philadelphia, PA 19144; 4124 Paul St.Philadelphia, PA 19124 ; 4182 Paul St.Philadelphia, PA 19124; 2737 W Eyre St.Philadelphia, PA 19121 ; 2749 N. Dover St.Philadelphia, PA 19132; 2528 Holbrook St.Philadelphia, PA 19142; 5520 Whitby Ave.Philadelphia, PA 19143; 5734 Christian St.Philadelphia, PA 19143 ; 427 West Hansberry St.Philadelphia, PA 19144; 432 N Salford St.Philadelphia, PA 19151; 487 Wigard St.Philadelphia, PA 19128; 5932 Webster St.Philadelphia, PA 19143 ; 617 N. 38th St., Philadelphia PA 19104; 937 Church Ln., Philadelphia, PA 19138; 1161 East Phil Ellena Street, Philadelphia, PA 19150; 4933 N. Uber St, Philadelphia, PA 19141; 1760 North Lindenwood St., Philadelphia, PA 19131; 1327 N. Wanamaker St., Philadelphia, PA19131; 1331 W. Silver St., Philadelphia, PA 19132; 1424 N. 62nd St., Philadelphia, PA 19151; 1431 N. 54th St., Philadelphia, PA 19131; 1609 N. 18th St., Philadelphia, PA 19121; 1612 S. Conestoga St., Philadelphia, PA 19143; 5242 N. Camac St., Philadelphia, PA 19141; 1629 S. 55th St., Philadelphia, PA 19143; 1655 N. Wilton St., Philadelphia, PA 19131; 1657 N. Wilton St., Philadelphia, PA 19131; 1703 Arlington St, Philadelphia, PA 19121; 1721 N. Lindenwood St., Philadelphia, PA 19131; 1744 N. Wilton St., Philadelphia, PA 19131; 5865 Kemble Ave, Philadelphia, PA 19141 ; 6032 N 19th St, Philadelphia, PA 19141 ; 1823 72nd Ave, Philadelphia, PA 19126; 1835 Ashley Rd, Philadelphia, PA 19126; 1835 S Taylor St, Philadelphia, PA 19145 ; 1838 N 23rd St, Philadelphia, PA 19121; 2521 N Cleveland St, Philadelphia, PA 19132; 2714 N Croskey St, Philadelphia, PA 19132; 2735 W Somerset St, Philadelphia, PA 19132 ; 3438 N 18th St, Philadelphia, PA 19140; 2000 S Salford St, Philadelphia, PA 19143; 2016 W Boston St, Philadelphia, PA 19132; 2056 Haines St, Philadelphia, PA 19138; 2060 N Franklin St, Philadelphia, PA 19122; 2120 W Spencer St, Philadelphia, PA 19138 ; 2125 N Franklin St, Philadelphia, PA 19122 ; 2235 N 22nd St, Philadelphia, PA 19132; 2240 W Estaugh St, Philadelphia, PA 19140 ; 2407 N Newkirk St, Philadelphia, PA 19132; 2455 N Opal St, Philadelphia, PA 19132; 2508 N Opal St, Philadelphia, PA 19132 ; 2516 W. Somerset St., Philadelphia, PA 19132; 2637 N Stanley St, Philadelphia, PA 19132 ; 2648 N Stanley St, Philadelphia, PA 19132 ; 2731 W Oakdale St, Philadelphia, PA 19132; 3013 N Lambert St, Philadelphia, PA 19132; 3123 N Sheridan St, Philadelphia, PA 19133; 3305 Gransback St, |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC
Name

Case number (if known) 8:26-bk-01640-CPM

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
10/4/2025

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**Describe the lien**
Utility Lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.12 City of Philadelphia, Dept. of Revenue
Creditor's Name
1617 JFK Blvd., Ste. 1888

**Describe debtor's property that is subject to a lien**
23 Pleasant St.Philadelphia, PA 19119; 31 North

$2,976.05 $14,525,280.00



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC
Name

Case number (if known) 8:26-bk-01640-CPM

Philadelphia, PA 19103

53rd St.Philadelphia, PA 19139; 52 Collum St.Philadelphia, PA 19144; 53 West Sharpnack St.Philadelphia, PA 19119; 103 East Walnut Park Dr.Philadelphia, PA 19120; 127 West Apsley St.Philadelphia, PA 19144; 2948 Cecil B. Moore Ave.Philadelphia, PA 19121; 141 West Apsley St.Philadelphia, PA 19144; 2603 West Seltzer St.Philadelphia, PA 19132; 170 Meehan St.Philadelphia, PA 19119; 2300 N. 15th St.Philadelphia, PA 19132; 2336 North 19th StreetPhiladelphia, PA 19132; 2407 N. Newkirk St.Philadelphia, PA 19132; 220 N. Simpson St.Philadelphia, PA 19139; 335 N. Redfield St.Philadelphia, PA 19139; 5332 Lena St.Philadelphia, PA 19144; 4124 Paul St.Philadelphia, PA 19124 ; 4182 Paul St.Philadelphia, PA 19124; 2737 W Eyre St.Philadelphia, PA 19121 ; 2749 N. Dover St.Philadelphia, PA 19132; 2528 Holbrook St.Philadelphia, PA 19142; 5520 Whitby Ave.Philadelphia, PA 19143; 5734 Christian St.Philadelphia, PA 19143 ; 427 West Hansberry St.Philadelphia, PA 19144; 432 N Salford St.Philadelphia, PA 19151; 487 Wigard St.Philadelphia, PA 19128; 5932 Webster St.Philadelphia, PA 19143 ; 617 N. 38th St., Philadelphia PA 19104; 937 Church Ln., Philadelphia, PA 19138; 1161 East Phil Ellena Street, Philadelphia, PA 19150; 4933 N. Uber St, Philadelphia, PA 19141; 1760 North Lindenwood St., Philadelphia, PA 19131; 1327 N. Wanamaker St., Philadelphia, PA19131; 1331 W. Silver St., Philadelphia, PA 19132; 1424 N. 62nd St., Philadelphia, PA 19151; 1431 N. 54th St., Philadelphia, PA 19131; 1609 N. 18th St., Philadelphia, PA 19121; 1612 S. Conestoga St., Philadelphia, PA 19143; 5242 N. Camac St., Philadelphia, PA 19141; 1629 S. 55th St., Philadelphia, PA 19143; 1655 N. Wilton St., Philadelphia, PA 19131; 1657 N. Wilton St., Philadelphia, PA 19131; 1703 Arlington St, Philadelphia, PA 19121; 1721 N. Lindenwood St., Philadelphia, PA 19131; 1744 N. Wilton St., Philadelphia, PA 19131; 5865 Kemble Ave, Philadelphia, PA 19141 ; 6032 N 19th St, Philadelphia, PA 19141 ; 1823 72nd Ave, Philadelphia, PA 19126; 1835 Ashley Rd, Philadelphia, PA 19126; 1835 S Taylor St, Philadelphia, PA 19145 ; 1838 N 23rd St, Philadelphia, PA 19121; 2521 N Cleveland St, Philadelphia, PA 19132; 2714 N Croskey St, Philadelphia, PA 19132; 2735 W Somerset St, Philadelphia, PA 19132 ; 3438 N 18th St, Philadelphia, PA 19140; 2000 S Salford St, Philadelphia, PA 19143; 2016 W Boston St, Philadelphia, PA 19132; 2056 Haines St, Philadelphia, PA 19138; 2060 N Franklin St, Philadelphia, PA 19122; 2120 W Spencer St, Philadelphia, PA 19138 ; 2125 N Franklin St, Philadelphia, PA 19122 ; 2235 N 22nd St, Philadelphia, PA 19132; 2240 W Estaugh St, Philadelphia, PA 19140 ; 2407 N Newkirk St, Philadelphia, PA 19132; 2455 N Opal St, Philadelphia, PA 19132; 2508 N Opal St, Philadelphia, PA 19132 ; 2516 W. Somerset St, Philadelphia, PA 19132; 2637 N Stanley St, Philadelphia, PA 19132 ; 2648 N Stanley St, Philadelphia, PA 19132 ; 2731 W Oakdale St, Philadelphia, PA 19132; 3013 N Lambert St, Philadelphia, PA 19132; 3123 N Sheridan St,



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC
Name

Case number (if known) 8:26-bk-01640-CPM

Creditor's mailing address

Describe the lien
Ad Valorem Tax Lien

Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
01/13/2025

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.13 Civic Real Estate Holdings III, LLC
Creditor's Name
2015 Manhattan Beach Blvd.., Ste. 106
Redondo Beach, CA 90278
Creditor's mailing address

**Describe debtor's property that is subject to a lien** $354,247.04 $241,800.00
1703 Arlington St, Philadelphia, PA 19121

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
1/24/2023

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.14 CV3 Alpha Trust
Creditor's Name
CV3 Financial Services
2101 E. El Segundo Blvd., Ste. 203

El Segundo, CA 90245
Creditor's mailing address

**Describe debtor's property that is subject to a lien** $224,000.00 $185,900.00
23 Pleasant St.Philadelphia, PA 19119

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
2/12/2024

**Last 4 digits of account number**
1743

**Do multiple creditors have an interest in the same property?**
☐ No

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC Case number (if known) 8:26-bk-01640-CPM
Name

including this creditor and its relative priority.
Specified on line 2.5

☐ Unliquidated
☐ Disputed

---

**2.15** CV3 Alpha Trust
Creditor's Name
2101 E. El Segundo Blvd., Ste. 203

El Segundo, CA 90245
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
11/18/2023
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
8010 Silver Lure Dr, Humble, TX 77346

Unknown | $237,569.00

**Describe the lien**
First Mortgage
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.16** Grove Funding III Trust
Creditor's Name
12011 Centre Rd., Suite 2303
EX-DE-WD2D
Wilmington, DE 19805
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
11/21/2023
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.1

**Describe debtor's property that is subject to a lien**
522 Westwinds Dr. Palm Harbor, FL 34683

$557,482.82 | $511,187.00

**Describe the lien**
First Mortgage
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.17** HOF Grantor Trust 1
Creditor's Name
1011 Centre Rd., Ste 203
EX-DE-WD2D
Wilmington, DE 19805
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
5526 Jane St, Philadelphia, PA 19138

$79,223.69 | $108,500.00

**Describe the lien**
First Mortgage
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC
Name

Case number (if known) 8:26-bk-01640-CPM

**Date debt was incurred**
4/20/2023
**Last 4 digits of account number**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.18 Metropolitan Life Insurance Company
Creditor's Name

One Metlife Way
Whippany, NJ 07981
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
1431 N. 54th St., Philadelphia, PA 19131

$144,705.37 $160,400.00

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
8/18/2023
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.19 Metropolitan Life Insurance Company
Creditor's Name

One Metlife Way
Whippany, NJ 07981
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
3146 Hanover Pike, Hanover, PA 17331

$217,982.96 $140,400.00

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
4/15/2021
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.20 Norristown Stormwater Authority
Creditor's Name

235 E. Airy St.
Norristown, PA 19401

**Describe debtor's property that is subject to a lien**
900 Haws Ave., Norristown, PA 19401

$399.33 $68,810.00



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC
Name

Case number (if known) 8:26-bk-01640-CPM

Creditor's mailing address

Describe the lien
Utility Lien

Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
9/24/2025

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
1. Wilmington Trust North America
2. Norristown Stormwater Authority

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.21 NWL Company, LLC
Creditor's Name
PO Box 844
New York, NY 10108
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
5056 Summer St, Philadelphia, PA 19139

$161,498.62 $215,000.00

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
7/21/2023

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.22 Pennsbury School District
Creditor's Name
1314 Yardley Ave
Fallsington, PA 19054
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
733 Oxford St., Bristol, PA 19007

$2,510.68 $139,680.00

**Describe the lien**
School Tax Lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
6/10/2025

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC
Name

Case number (if known) 8:26-bk-01640-CPM

1. Wilmington Savings Fund Society, FSB
2. Pennsbury School District

---

**2.23** Pennsbury School District
Creditor's Name

1314 Yardley Ave
Fallsington, PA 19054
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
7/29/2025

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.22

**Describe debtor's property that is subject to a lien**
733 Oxford St., Bristol, PA 19007

$2,510.68 | $139,680.00

**Describe the lien**
School Tax Lien

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.24** RCN Capital, LLC
Creditor's Name

75 Gerber Rd., Ste. 102
South Windsor, CT 06074
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
9/28/2021

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**Describe debtor's property that is subject to a lien**
2120 W Spencer St, Philadelphia, PA 19138

$155,534.67 | $84,100.00

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.25** Silver Hill Capital, LLC
Creditor's Name
4425 Ponce de Leon Blvd., 5th Floor
Coral Gables, FL 33146
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Describe debtor's property that is subject to a lien**
2000 S Salford St, Philadelphia, PA 19143

$140,253.65 | $87,700.00

**Describe the lien**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC
Name
Case number (if known) 8:26-bk-01640-CPM

3/19/2020
**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.26 Toorak Capital Partners, LLC
Creditor's Name
15 Maple St., Second Floor West
Summit, NJ 07901
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
6/17/2021
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
1823 72nd Ave, Philadelphia, PA 19126

$141,808.00 $193,300.00

**Describe the lien**
First Mortgage
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.27 Toorak Capital Partners, LLC
Creditor's Name
15 Maple St., Second Floor West
Summit, NJ 07901
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
8/1/2019
**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
2125 N Franklin St, Philadelphia, PA 19122

$95,794.10 $324,000.00

**Describe the lien**
First Mortgage
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.28 Tryon Street Acquisition Trust 1
Creditor's Name

300 S. Tryon St.
Charlotte, NC 28202
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
2235 N 22nd St, Philadelphia, PA 19132

$146,818.64 $175,000.00

**Describe the lien**



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC
Name

Case number (if known) 8:26-bk-01640-CPM

First Mortgage

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
4/20/2023
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.29 Tryon Street Acquisition Trust 1
Creditor's Name

300 S. Tryon St.
Charlotte, NC 28202
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
2516 W. Somerset St., Philadelphia, PA 19132

$92,449.36 $81,200.00

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
4/20/2023
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.30 U.S. Bank National Association
Creditor's Name
U.S. Bank National Association as Trustee of Greene
Street Funding Trust II
60 Livingston Ave.
EP-MN-WS3D
Saint Paul, MN 55107
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
170 Meehan St.Philadelphia, PA 19119; 2300 N. 15th St.Philadelphia, PA 19132; 2336 North 19th StreetPhiladelphia, PA 19132

$545,694.94 $1,095,800.00

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
4/21/2023
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC
Name

Case number (if known) 8:26-bk-01640-CPM

including this creditor and its relative priority.
Specified on line 2.5

☐ Unliquidated
☐ Disputed

---

**2.31** U.S. Bank National Association
Creditor's Name

**Describe debtor's property that is subject to a lien** $646,500.00 $0.00

U.S. Bank National Association as Trustee of Greene
Street Funding Trust II
60 Livingston Ave.
EP-MN-WS3D
Saint Paul, MN 55107
Creditor's mailing address

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
4/27/2023

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.32** U.S. Bank National Association
Creditor's Name

**Describe debtor's property that is subject to a lien** $174,853.53 $115,600.00
1721 N. Lindenwood St., Philadelphia, PA 19131

U.S. Bank National Association, not in its individual capacity but solely as Delaware Trustee for Treaty Oak Mortgage Trust
1011 Centre R., Suite 203
Wilmington, DE 19805
Creditor's mailing address

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
10/11/2021

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.33** U.S. Bank National Association
Creditor's Name

**Describe debtor's property that is subject to a lien** $717,127.45 $769,800.00
2749 N. Dover St.Philadelphia, PA 19132; 1838

U.S. Bank National



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC
Name
Case number (if known) 8:26-bk-01640-CPM

Association as Trustee of Greene Street Funding Trust II
60 Livingston Ave.
EP-MN-WS3D
Saint Paul, MN 55107
Creditor's mailing address

N 23rd St, Philadelphia, PA 19121; 2521 N Cleveland St, Philadelphia, PA 19132; 2714 N Croskey St, Philadelphia, PA 19132; 2735 W Somerset St, Philadelphia, PA 19132 ; 3438 N 18th St, Philadelphia, PA 19140

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
4/20/2023

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.34 U.S. Bank National Association
Creditor's Name

**Describe debtor's property that is subject to a lien**
9000 West Chester Pike Upper Darby, PA 19082

$271,608.06 $156,100.00

U.S. Bank National Association, as Trustee for Velocity Commercial Capital Loan Trust 2021-3
2945 Townsgate Road, Suite #110
Westlake Village, CA 91361
Creditor's mailing address

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
7/30/2021

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.35 U.S. Bank National Association
Creditor's Name

**Describe debtor's property that is subject to a lien**
3640 Morrell Ave, Philadelphia, PA 19114

$229,449.07 $280,700.00

U.S. Bank National Association not in its individual capacity but solely as Trustee of Fidelity & Guaranty Life Mortgage Trust 2018-1
300 Delaware St., 9th Flr.
Wilmington, DE 19801
Creditor's mailing address

**Describe the lien**
First Mortgage



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC
Name

Case number (if known) 8:26-bk-01640-CPM

Creditor's email address, if known

Date debt was incurred
9/14/2021

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

Is the creditor an insider or related party?
☒ No
☐ Yes

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.36 U.S. Bank National Association
Creditor's Name

Describe debtor's property that is subject to a lien
4835 N Marvine St, Philadelphia, PA 19141

$127,802.61 $200,400.00

U.S. Bank Nat'l Assoc., not in its individual capacity but solely as Trustee of TRK 2022-INV1 Trust
c/o U.S. Bank National Association Global Structured Finance-TRK 2022-INV1
60 Livingston Ave., EP-MN-WS3D
Saint Paul, MN 55107
Creditor's mailing address

Describe the lien
First Mortgage

Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
10/6/2021

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.37 U.S. Bank National Association
Creditor's Name

Describe debtor's property that is subject to a lien
5518 Whitby Ave, Philadelphia, PA 19143

$139,489.91 $142,800.00

U.S. Bank National Association, not in its individual capacity but solely as Trustee for the Binom Securitization Trust 2021-INV1
9320 Excelsior Boulevard
Hopkins, MN 55343
Creditor's mailing address

Describe the lien
First Mortgage

Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC Case number (if known) 8:26-bk-01640-CPM
Name

**Date debt was incurred**
11/3/2020
**Last 4 digits of account number**

☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.38 U.S. Bank National Association
Creditor's Name

**Describe debtor's property that is subject to a lien** $169,608.00 $114,880.00
9002 West Chester Pike, Upper Darby, PA 19082 19082

U.S. Bank National Association, as Trustee for Velocity Commercial Capital Loan Trust 2021-3
191 South LaSalle Street, 7th Floor
Chicago, IL 60603
Creditor's mailing address

**Describe the lien**
First Mortgage
**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
7/30/2021
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.39 U.S. Bank Trust Company National Assoc.
Creditor's Name

**Describe debtor's property that is subject to a lien** $107,604.54 $103,400.00
2407 N. Newkirk St.Philadelphia, PA 19132

U.S. Bank Trust Company National Association, not in its individual capacity but solely as trustee of Homeward Opportunities Fund Trust 2024-RTL1
1011 Centre Road, Ste. 203 : EX-DE-WD2D
Wilmington, DE 19805
Creditor's mailing address

**Describe the lien**
First Mortgage
**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
4/20/2023
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC
Name

Case number (if known) 8:26-bk-01640-CPM

including this creditor and its relative priority.
Specified on line 2.5

☐ Unliquidated
☐ Disputed

---

**2.40** U.S. Bank Trust Company National Assoc.
Creditor's Name

U.S. Bank Trust Company National Association, not in its individual capacity but solely as trustee of Homeward Opportunities Fund Trust 2024-RTL1
1011 Centre Road, Ste. 203 : EX-DE-WD2D
Wilmington, DE 19805
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
4/20/2023
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**Describe debtor's property that is subject to a lien**
2060 N Franklin St, Philadelphia, PA 19122

$209,588.95 $289,000.00

**Describe the lien**
First Mortgage
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.41** U.S. Bank Trust Company National Assoc.
Creditor's Name

U.S. Bank Trust Company National Association, not in its individual capacity but solely as trustee of Homeward Opportunities Fund Trust 2024-RTL1
1011 Centre Road, Ste. 203 : EX-DE-WD2D
Wilmington, DE 19805
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
4/20/2023
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**Describe debtor's property that is subject to a lien**
2240 W Estaugh St, Philadelphia, PA 19140

$91,195.85 $103,600.00

**Describe the lien**
First Mortgage
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC Case number (if known) 8:26-bk-01640-CPM
Name

2.42 U.S. Bank Trust Company National Assoc.
Creditor's Name
U.S. Bank Trust Company National Association, not in its individual capacity but solely as trustee of Homeward Opportunities Fund Trust 2024-RTL1
1011 Centre Road, Ste. 203 : EX-DE-WD2D
Wilmington, DE 19805
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
4/21/2023
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**Describe debtor's property that is subject to a lien**
2407 N Newkirk St, Philadelphia, PA 19132

$107,604.54 $103,400.00

**Describe the lien**
First Mortgage
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.43 U.S. Bank Trust Company National Assoc.
Creditor's Name
U.S. Bank Trust Company National Association, not in its individual capacity but solely as trustee of Homeward Opportunities Fund Trust 2024-RTL1
1011 Centre Road, Ste. 203 : EX-DE-WD2D
Wilmington, DE 19805
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
4/20/2023
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**Describe debtor's property that is subject to a lien**
2455 N Opal St, Philadelphia, PA 19132

$136,780.19 $119,200.00

**Describe the lien**
First Mortgage
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.44 U.S. Bank Trust Company National Assoc.
Creditor's Name

U.S. Bank Trust Company

**Describe debtor's property that is subject to a lien**
2508 N Opal St, Philadelphia, PA 19132

$70,549.82 $76,300.00



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC
Name

Case number (if known) 8:26-bk-01640-CPM

National Association, not in its individual capacity but solely as trustee of Homeward Opportunities Fund Trust 2024-RTL1
1011 Centre Road, Ste. 203 : EX-DE-WD2D
Wilmington, DE 19805

Creditor's mailing address

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
12/5/2024

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.45 U.S. Bank Trust Company National Assoc.
Creditor's Name

**Describe debtor's property that is subject to a lien** $67,788.00 $0.00
2731 W Oakdale St, Philadelphia, PA 19132

U.S. Bank Trust Company National Association, not in its individual capacity but solely as trustee of Homeward Opportunities Fund Trust 2024-RTL1
1011 Centre Road, Ste. 203 : EX-DE-WD2D
Wilmington, DE 19805

Creditor's mailing address

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
4/20/2023

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.46 U.S. Bank Trust Company National Assoc.
Creditor's Name

**Describe debtor's property that is subject to a lien** $77,163.08 $0.00

U.S. Bank Trust Company



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC
Name

Case number (if known) 8:26-bk-01640-CPM

National Association, not in its individual capacity but solely as trustee of Homeward Opportunities Fund Trust 2024-RTL1
1011 Centre Road, Ste. 203 : EX-DE-WD2D
Wilmington, DE 19805
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
4/20/2023

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.47 U.S. Bank Trust Company, National Assoc
Creditor's Name

U.S. Bank Trust Company, National Association, not in its individual capacity but solely as trustee for the BINOM Securitization Trust 2022-INVI
60 Livingston Avenue, EP-MN-WSJD
Saint Paul, MN 55107
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
9/14/2021

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**Describe debtor's property that is subject to a lien**
4488 Livingston St., Philadelphia, PA 19137

$236,866.00 $201,600.00

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.48 U.S. Bank Trust Company, National Assoc.
Creditor's Name

U.S. Bank Trust Company,

**Describe debtor's property that is subject to a lien**
200 Grant St.Riverside, NJ 08075

$133,332.06 $129,000.00



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC
Name

Case number (if known) 8:26-bk-01640-CPM

National Association, not in its individual capacity but solely as Trustee of PRPM 2024-NQM1 Trust
60 Livingston Ave.
Saint Paul, MN 55107
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
7/7/2023

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.49 U.S. Bank Trust National Assoc.
Creditor's Name

**Describe debtor's property that is subject to a lien**
335 N. Redfield St.Philadelphia, PA 19139; 5332 Lena St.Philadelphia, PA 19144; 4124 Paul St.Philadelphia, PA 19124 ; 4182 Paul St.Philadelphia, PA 19124; 2737 W Eyre St.Philadelphia, PA 19121

$594,275.00 $531,000.00

U.S. Bank Trust National Association, not in its individual capacity but solely as trustee of Homeward Opportunities Fund Trust 2020-2
60 Livingston Ave.
EP-MN-WS3D
Saint Paul, MN 55107
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
11/8/2019

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.50 U.S. Bank Trust National Association
Creditor's Name

**Describe debtor's property that is subject to a lien**
52 Collum St.Philadelphia, PA 19144

$189,234.80 $51,200.00

not in its individual capacity but solely as owner trustee of Saluda Grade Loan Trust I
1011 Centre Rd., Ste. 203
Wilmington, DE 19805
Creditor's mailing address

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC
Name

Case number (if known) 8:26-bk-01640-CPM

☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
10/31/2023
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.51 U.S. Bank Trust National Association

**Describe debtor's property that is subject to a lien**
53 West Sharpnack St.Philadelphia, PA 19119

$267,083.00 $177,300.00

Creditor's Name
U.S. Bank Trust National Assoc., not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1
60 Livingston Ave.
EP-MN-WS3D
Saint Paul, MN 55107

Creditor's mailing address

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
01/23/2023
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.52 U.S. Bank Trust National Association

**Describe debtor's property that is subject to a lien**
103 East Walnut Park Dr.Philadelphia, PA 19120

$254,391.55 $212,900.00

Creditor's Name
U.S. Bank Trust National Assoc., not in its individual capacity but solely as trustee for Homes Mortgage Trust
1011 Centre Road, Suite 203
Wilmington, DE 19805

Creditor's mailing address

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
11/15/2021
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC Case number (if known) 8:26-bk-01640-CPM
Name

☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

☐ Unliquidated
☐ Disputed

---

**2.53** U.S. Bank Trust National Association

Creditor's Name

U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee of Saluda Grade Alternative Mortgage Trust 2024-INV2
1011 Centre Road, Suite 203
Wilmington, DE 19805

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
1/23/2024

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**Describe debtor's property that is subject to a lien**
127 West Apsley St.Philadelphia, PA 19144

$198,500.00 $210,900.00

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.54** U.S. Bank Trust National Association

Creditor's Name

U.S. Bank Trust National Assoc., not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1
60 Livingston Ave.
EP-MN-WS3D
Saint Paul, MN 55107

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
12/8/2020

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
290 Watson Ave.Coatesville, PA 19320

$165,265.85 $108,340.00

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.55** U.S. Bank Trust National Association

**Describe debtor's property that is subject to a lien**

$169,519.07 $450,100.00



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Creditor's Name
U.S. Bank Trust National Assoc., not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1
60 Livingston Ave.
EP-MN-WS3D
Saint Paul, MN 55107

427 West Hansberry St.Philadelphia, PA 19144

Creditor's mailing address

Describe the lien
First Mortgage

Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
2/9/2023

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.56 U.S. Bank Trust National Association

**Describe debtor's property that is subject to a lien**
432 N Salford St.Philadelphia, PA 19151

$185,483.69 $102,300.00

Creditor's Name
U.S. Bank Trust National Association, not in its individual capacity
but solely as Trustee of Fidelity & Guaranty Life Mortgage Trust 2018-1
300 Delaware Street, 9th Floor
Wilmington, DE 19801

Creditor's mailing address

Describe the lien
First Mortgage

Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
4/21/2021

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.57 U.S. Bank Trust National Association

**Describe debtor's property that is subject to a lien**
617 N. 38th St., Philadelphia PA 19104

$196,657.62 $187,200.00

Creditor's Name

U.S. Bank Trust National



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC
Name

Case number (if known) 8:26-bk-01640-CPM

Association, not in its individual capacity but solely as Trustee of Fidelity & Guaranty Life Mortgage Trust 2018-1
300 Delaware St., Ste. 401
Harrisburg, PA 17101
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
9/14/2021
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**Describe the lien**
First Mortgage
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.58 U.S. Bank Trust National Association
Creditor's Name
U.S.Bank Trust National Association, not in its individual capacity but solely as Trustee of Fidelity & Guaranty Life Mortgage Trust 2018-1
300 Delaware Stt., Ste. 401
Harrisburg, PA 17101
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
9/14/2021
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**Describe debtor's property that is subject to a lien**
617 N. 38th St., Philadelphia PA 19104

$187,764.18 $187,200.00

**Describe the lien**
First Mortgage
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.59 U.S. Bank Trust National Association
Creditor's Name

9701 Wilshire Blvd.U.S. Bank

**Describe debtor's property that is subject to a lien**

$954,914.29 $0.00



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC
Name

Case number (if known) 8:26-bk-01640-CPM

Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1
60 Livingston Ave.
EP-MB-WS3D
Saint Paul, MN 55107

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
10/4/2021

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.60 U.S. Bank Trust National Association

Creditor's Name

**Describe debtor's property that is subject to a lien** $0.00 $0.00

U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1
60 Livingston Ave.
EP-MB-WS3D
Saint Paul, MN 55107

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
10/4/2021

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.61 U.S. Bank Trust National Association

Creditor's Name

**Describe debtor's property that is subject to a lien** $1,104,607.70 $67,220.00
1238 Harshaw Rd., Brookhaven, PA 19015

Wilshire Blvd.U.S. Bank Trust



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC Case number (if known) 8:26-bk-01640-CPM
Name

National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1
60 Livingston Ave.
EP-MB-WS3D
Saint Paul, MN 55107
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
10/4/2021
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe the lien**
First Mortgage
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.62 U.S. Bank Trust National Association
Creditor's Name
U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee of Saluda Grade Loan Trust I
500 Delaware Ave., 11th Floor
Wilmington, DE 19801
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
11/18/2024
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**Describe debtor's property that is subject to a lien**
1629 S. 55th St., Philadelphia, PA 19143

$84,507.00 $111,500.00

**Describe the lien**
First Mortgage
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.63 U.S. Bank Trust National Association
Creditor's Name
U.S. Bank Trust National

**Describe debtor's property that is subject to a lien**
1692 Powell Rd., Brookhaven, PA 19015; 4015

$1,130,393.06 $625,660.00



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC
Name

Case number (if known) 8:26-bk-01640-CPM

Assoc., not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1
60 Livingston Ave.
EP-MN-WS3D
Saint Paul, MN 55107

Worrilow Road, Brookhaven, PA 19015; 4024 Gideon Rd, Brookhaven, PA 19015 ; 1205 Rainer Road, Brookhaven, PA19015; 3922 Elson Road, Brookhaven, PA 19015; 1449 Rainer Road, Brookhaven, PA 19015; 1345 Harshaw Road, Brookhaven, PA 19015; 1306 Elson Road, Brookhaven PA 19015; 1238 Harshaw Road, Brookhaven, PA 19015

Creditor's mailing address

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
10/4/2021

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.64 U.S. Bank Trust National Association

**Describe debtor's property that is subject to a lien** $221,220.92 $247,900.00

Creditor's Name

1835 S Taylor St, Philadelphia, PA 19145

U.S. Bank Trust National Association, not in its individual capacity but solely as Delaware Trustee for Treaty Oak Mortgage Trust
1011 Centre Rd., Ste. 203
Wilmington, DE 19805

Creditor's mailing address

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
8/25/2021

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.65 U.S. Bank Trust National Association

**Describe debtor's property that is subject to a lien** $88,000.00 $76,400.00

Creditor's Name

2637 N Stanley St, Philadelphia, PA 19132

U.S. Bank Trust National



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC Case number (if known) 8:26-bk-01640-CPM
Name

Assoc. not in its individual capacity but solely as owner trustee of Saluda Grade Alternative Mortgage Trust 2024-INV1
1011 Centre Road, Suite 203
Wilmington, DE 19805
Creditor's mailing address

Describe the lien
First Mortgage

Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
1/19/2023

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.66 U.S. Bank Trust National Association
Creditor's Name

**Describe debtor's property that is subject to a lien**
2648 N Stanley St, Philadelphia, PA 19132 ;
3712 N Percy St, Philadelphia, PA 19140 ;
4114 N Darien St, Philadelphia, PA 19140

$52,500.00 $255,100.00

U.S. Bank Trust National Assoc., not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1
60 Livingston Ave.
EP-MN-WS3D
Saint Paul, MN 55107
Creditor's mailing address

Describe the lien
First Mortgage

Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
2/17/2021

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.67 U.S. Bank Trust National Association
Creditor's Name

**Describe debtor's property that is subject to a lien**
3123 N Sheridan St, Philadelphia, PA 19133

$108,000.00 $74,400.00

U.S. Bank Trust National



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC
Name

Case number (if known) 8:26-bk-01640-CPM

Association, not in its individual capacity but solely as owner trustee
for Legacy Mortgage Asset Trust 2024-INV1
60 Livingston Ave.
EP-MB-WS3D
Saint Paul, MN 55107

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
2/1/2023

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.68 U.S. Bank Trust National Association
Creditor's Name

U.S. Bank Trust National Assoc. not in its individual capacity but solely as owner trustee of Saluda Grade Loan Trust I
500 Delaware Av., 11th Floor
Wilmington, DE 19805

Creditor's mailing address

**Describe debtor's property that is subject to a lien** $220,449.00 $287,200.00
196 W Chew Ave, Philadelphia, PA 19120

Creditor's email address, if known

**Date debt was incurred**
12/28/2023

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.69 U.S. Bank Trust National Association
Creditor's Name

**Describe debtor's property that is subject to a lien** $359,469.00 $369,100.00
3914 Fairdale Rd, Philadelphia, PA 19154

U.S. Bank Trust National



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC Case number (if known) 8:26-bk-01640-CPM
Name

Association, not in its individual capacity but solely as owner trustee
for Legacy Mortgage Asset Trust 2024-INV1
60 Livingston Ave.
EP-MB-WS3D
Saint Paul, MN 55107
Creditor's mailing address

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
1/17/2023

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.70 U.S. Bank Trust National Association
Creditor's Name

**Describe debtor's property that is subject to a lien**
1424 N. 62nd St., Philadelphia, PA 19151

$0.00 $134,700.00

U.S. Bank Trust National Association, not .in its individual capacity, but solely as Delaware Trustee for Treaty Oak Mortgage Trust
1011 Centre Rd, Suite 203
Wilmington, DE 19805
Creditor's mailing address

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
8/05/2021

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.71 U.S. Bank Trust National Association
Creditor's Name

**Describe debtor's property that is subject to a lien**
6514 N Beechwood St, Philadelphia, PA 19138

$194,565.12 $153,700.00

U.S. Bank Trust National



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC Case number (if known) 8:26-bk-01640-CPM
Name

Association, not in its individual capacity but solely as Trustee of Fidelity & Guaranty Life Mortgage Trust 2018-1
300 Delaware Street, 9th Floor
Wilmington, DE 19801
Creditor's mailing address

**Describe the lien**
First Mortgage
**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
7/2/2021
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.72 Whitemarsh Township
Creditor's Name

**Describe debtor's property that is subject to a lien** $958.64 $230,000.00
552 S. Bethlehem PikeFort Washington, PA 19034

616 Germantown Pike
Lafayette Hill, PA 19444
Creditor's mailing address

**Describe the lien**
Utility Lien
**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
8/7/2025
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
1. Wilmington Savings Fund Society, FSB
2. Whitemarsh Township

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.73 Wilmington Savings Fund Society FSB
Creditor's Name

**Describe debtor's property that is subject to a lien** $693,350.67 $788,533.00
907 Centerbrook Dr., Brandon, FL 33511

Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as owner trustee of SG Alternative Title Trust 2025-NPL2
500 Delaware Avenue, 11th Floor
Wilmington, DE 19801
Creditor's mailing address

**Describe the lien**



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC
Name

Case number (if known) 8:26-bk-01640-CPM

First Mortgage

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
11/21/2023

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.74 Wilmington Savings Fund Society, FSB
Creditor's Name

**Describe debtor's property that is subject to a lien**
31 North 53rd St.Philadelphia, PA 19139

$123,393.02 $116,500.00

Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as Trustee for Residential Mortgage Aggregation Trust
90 Park Avenue, 23rd Floor
New York, NY 10016
Creditor's mailing address

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
11/2/2023

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.6

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.75 Wilmington Savings Fund Society, FSB
Creditor's Name

**Describe debtor's property that is subject to a lien**
2948 Cecil B. Moore Ave.Philadelphia, PA 19121; 141 West Apsley St.Philadelphia, PA 19144; 2603 West Seltzer St.Philadelphia, PA 19132; 487 Wigard St.Philadelphia, PA 19128; 5932 Webster St.Philadelphia, PA 19143

$1,641,395.39 $951,800.00

Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as trustee of NYMT Loan Trust 2024-INV1
440 South La Salle Street, Suite 2000
Chicago, IL 60605
Creditor's mailing address

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
4/19/2024

**Last 4 digits of account number**



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC
Name

Case number (if known) 8:26-bk-01640-CPM

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.76 Wilmington Savings Fund Society, FSB
Creditor's Name

**Describe debtor's property that is subject to a lien**
2528 Holbrook St.Philadelphia, PA 19142; 5520 Whitby Ave.Philadelphia, PA 19143; 5734 Christian St.Philadelphia, PA 19143

$310,030.63 $328,300.00

Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee of Starwood Mortgage Residential Trust 2021-2
3217 S. Decker Lake Drive
Salt Lake City, UT 84119
Creditor's mailing address

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
8/20/2020

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.77 Wilmington Savings Fund Society, FSB
Creditor's Name

**Describe debtor's property that is subject to a lien**
552 S. Bethlehem PikeFort Washington, PA 19034

$488,821.79 $230,000.00

Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as Trustee for Residential Mortgage Aggregation Trust
90 Park Avenue, 23rd Floor
New York, NY 10016
Creditor's mailing address

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
2/6/2024

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.72

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC
Name
Case number (if known) 8:26-bk-01640-CPM

**2.78** Wilmington Savings Fund Society, FSB
Creditor's Name
Wilmington Savings Fund Society, FSB, not in its individual capacity but solely in its capacity as owner trustee of Atlas SP RESI Opportunity Trust IA v. DDH Fund LLC
500 Delaware Ave., 11th Floor
Wilmington, DE 19801
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
1/18/2024
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
621 Ridge Pike, Lafayette, PA 19444

$678,647.00 $203,510.00

**Describe the lien**
First Mortgage
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.79** Wilmington Savings Fund Society, FSB
Creditor's Name
Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as trustee of NYMT Loan Trust 2024-INV1
440 South La Salle Street, Suite 2000
Chicago, IL 60605
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
3/7/2024
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.22

**Describe debtor's property that is subject to a lien**
733 Oxford St., Bristol, PA 19007

$94,916.00 $139,680.00

**Describe the lien**
First Mortgage
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.80** Wilmington Savings Fund Society, FSB
Creditor's Name
Wilmington Savings Fund

**Describe debtor's property that is subject to a lien**
937 Church Ln., Philadelphia, PA 19138; 1161

$940,567.23 $722,800.00



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC
Name
Case number (if known) 8:26-bk-01640-CPM

Society, FSB, not in its individual capacity but solely as trustee of NYMT Loan Trust 2024-INV1
500 Delaware Ave., 11th Floor
Wilmington, DE 19801
Creditor's mailing address

East Phil Ellena Street, Philadelphia, PA 19150; 4933 N. Uber St, Philadelphia, PA 19141; 1760 North Lindenwood St., Philadelphia, PA 19131

Describe the lien
First Mortgage

Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
3/7/2024

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.81 Wilmington Savings Fund Society, FSB
Creditor's Name

**Describe debtor's property that is subject to a lien**
1327 N. Wanamaker St., Philadelphia, PA19131

$226,260.53 $173,500.00

Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as owner trustee of Saluda Grade Alternative Mortgage Trust 2024-INV1
500 Delaware Ave., 11th Floor
Wilmington, DE 19801
Creditor's mailing address

Describe the lien
First Mortgage

Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
1/24/2023

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.82 Wilmington Savings Fund Society, FSB
Creditor's Name

**Describe debtor's property that is subject to a lien**
1609 N. 18th St., Philadelphia, PA 19121; 1744 N. Wilton St., Philadelphia, PA 19131; 5865 Kemble Ave, Philadelphia, PA 19141 ; 6032 N 19th St, Philadelphia, PA 19141

$679,948.12 $759,300.00

Wilmington Savings Fund Society, FSB, not In Its individual capaclty but solely



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

as Trustee of Starwood Mortgage Residential Trust 2021-2 c/o Select Portfolio Servicing, Inc.
3217 S. Decker Lake Dr.
Salt Lake City, UT 84119
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
8/20/2020
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**Describe the lien**
First Mortgage
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.83 Wilmington Savings Fund Society, FSB
Creditor's Name

**Describe debtor's property that is subject to a lien**
1612 S. Conestoga St., Philadelphia, PA 19143; 5242 N. Camac St., Philadelphia, PA 19141

$198,733.69 $219,600.00

Wilmington Savings Fund Society, FSB, not In Its individual capaclty but solely as Trustee of Starwood Mortgage Residential Trust 2021-2 c/o Select Portfolio Servicing, Inc.
3217 S. Decker Lake Dr.
Salt Lake City, UT 84119
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
8/20/2020
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**Describe the lien**
First Mortgage
**Is the creditor an insider or related party?**
☒ No
☐ Yes
**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.84 Wilmington Savings Fund Society, FSB
Creditor's Name

**Describe debtor's property that is subject to a lien**
11501 Minnieola Dr, New Port Richey, FL 34654

$368,010.00 $353,059.00

Wilmington Savings Fund



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC
Name

Case number (if known) 8:26-bk-01640-CPM

Society, FSB, not in its individual capacity but solely as Owner Trustee of SG Alternative Title Trust 2025-NPL2
500 Delaware Ave., 11th Floor
Wilmington, DE 19801
Creditor's mailing address

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
10/4/2023
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.85 Wilmington Savings Fund Society, FSB
Creditor's Name

**Describe debtor's property that is subject to a lien**
11639 Belle Haven Dr, Port Richey, FL 34654

$605,850.00 $578,826.00

Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee of SG Alternative Title Trust 2025-NPL2
500 Delaware Ave., 11th Floor
Wilmington, DE 19801
Creditor's mailing address

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
11/20/2023
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.86 Wilmington Savings Fund Society, FSB
Creditor's Name

**Describe debtor's property that is subject to a lien**

$117,436.10 $0.00

Wilmington Savings Fund



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Society, FSB, not In Its individual capaclty but solely as Trustee of Starwood Mortgage Residential Trust 2021-2 c/o Select Portfolio Servicing, Inc.
3217 S. Decker Lake Dr.
Salt Lake City, UT 84119
Creditor's mailing address

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
8/20/2020

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.87 Wilmington Savings Fund Society, FSB
Creditor's Name

**Describe debtor's property that is subject to a lien** $940,567.23 $0.00

Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as trustee of NYMT Loan Trust 2024-INV1
500 Delaware Ave., 11th Floor
Wilmington, DE 19801
Creditor's mailing address

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
12/03/2025

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.88 Wilmington Savings Fund Society, FSB
Creditor's Name

**Describe debtor's property that is subject to a lien** $503,164.11 $483,857.00
1808 Fox Cir, Clearwater, FL 33764

Wilmington Savings Fund



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC Case number (if known) 8:26-bk-01640-CPM
Name

Society, FSB, not in its individual capacity but solely as Owner Trustee of SG Alternative Title Trust 2025-NPL2
500 Delaware Ave., 11th Floor
Wilmington, DE 19801

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
11/29/2023

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.89 Wilmington Savings Fund Society, FSB

Creditor's Name

Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as Trustee for Residential Mortgage Aggregation Trust
90 Park Avenue, 23rd Floor
New York, NY 10016

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
4/8/2024

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**Describe debtor's property that is subject to a lien**
1835 Ashley Rd, Philadelphia, PA 19126

$217,254.35 $206,700.00

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.90 Wilmington Savings Fund Society, FSB

Creditor's Name

Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee for Ibis Holdings A Trust
500 Delaware Ave., 11th Floor
Wilmington, DE 19801

**Describe debtor's property that is subject to a lien**
4036 Vista St, Philadelphia, PA 19136

$206,642.21 $191,000.00



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC
Name

Case number (if known) 8:26-bk-01640-CPM

Creditor's mailing address

Describe the lien
First Mortgage
Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
5/2/2023
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.91 Wilmington Savings Fund Society, FSB
Creditor's Name
Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee of OBX 2024-NQM2 Trust
500 Delaware Avenue, 11th Floor
Wilmington, DE 19801

Describe debtor's property that is subject to a lien
5626 Heiskell St, Philadelphia, PA 19144

$128,352.11 $95,500.00

Creditor's mailing address

Describe the lien
First Mortgage
Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
7/18/2023
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.92 Wilmington Savings Fund Society, FSB
Creditor's Name
Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee
of OBX 2024-NQM2 Trust
500 Delaware Avenue, 11th Floor
Wilmington, DE 19801

Describe debtor's property that is subject to a lien
7275 E Walnut Ln, Philadelphia, PA 19138

$119,710.08 $184,200.00

Creditor's mailing address

Describe the lien
First Mortgage
Is the creditor an insider or related party?
☒ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☒ No

Date debt was incurred



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

6/28/2023
**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.93 Wilmington Savings Fund Society, FSB
Creditor's Name

**Describe debtor's property that is subject to a lien**
6301 Cardiff St, Philadelphia, PA 19149

$93,301.48 $221,100.00

Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee
for Verus Securitization Trust 2021-R1
2001 M Street NW, Suite 300
Washington, DC 20036
Creditor's mailing address

**Describe the lien**
First Mortgage
**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
9/22/2017
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.94 Wilmington Savings Fund Society, FSB
Creditor's Name

**Describe debtor's property that is subject to a lien**
6220 Flamingo Dr, Apollo Beach, FL 33572

$964,571.86 $624,445.00

Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as Trustee for Residential Mortgage Aggregation Trust
90 Park Avenue, 23rd Floor
New York, NY 10016
Creditor's mailing address

**Describe the lien**
First Mortgage
**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
11/21/2023
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC
Name

Case number (if known) 8:26-bk-01640-CPM

**2.95** Wilmington Savings Fund Society, FSB
Creditor's Name

**Describe debtor's property that is subject to a lien**
105 Chatham St, Avondale, PA 19311

$1,596,145.63 $102,930.00

Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as trustee of NYMT Loan Trust 2024-INV1
440 South La Salle Street, Suite 2000
Chicago, IL 60605
Creditor's mailing address

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
04/22/2024

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.96** Wilmington Trust North America
Creditor's Name

**Describe debtor's property that is subject to a lien**
900 Haws Ave., Norristown, PA 19401

$0.00 $68,810.00

Wilmington Trust North America, not in its individual capacity but solely as ownee trustee for Tryon Street Acquisition Trust IC/O Selene Finance LP
3501 Olympus Blvd., Ste. 500
Dallas, TX 75019
Creditor's mailing address

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
6/20/2023

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.20

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.97** Wilmington Trust North America
Creditor's Name

**Describe debtor's property that is subject to a lien**

$257,831.81 $0.00

Wilmington Trust North



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC
Name

Case number (if known) 8:26-bk-01640-CPM

America, not in its individual capacity but solely as owner trustee for Tryon Street Acquisition Trust I
One Marina Park Dr.
Boston, MA 02210
Creditor's mailing address

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
6/30/2023

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.98 Wilmington Trust North America
Creditor's Name

**Describe debtor's property that is subject to a lien** | $257,831.81 | $290,600.00
5320 Lebanon Ave, Philadelphia, PA 19131; 6236 N Beechwood St, Philadelphia, PA 19138

Wilmington Trust North America, not in its individual capacity but solely as owner trustee for Tryon Street Acquisition Trust I
One Marina Park Drive
Boston, MA 02210
Creditor's mailing address

**Describe the lien**
First Mortgage

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
6/30/2023

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

2.99 Wilmington Trust North America
Creditor's Name

**Describe debtor's property that is subject to a lien** | $112,706.99 | $160,000.00
5548 Upland St, Philadelphia, PA 19143

Wilmington Trust North America, not in its individual capacity but solely as owner trustee for Tryon Street Acquisition Trust I
3501 Olympus Blvd., Ste. 500
Dallas, TX 75019
Creditor's mailing address

**Describe the lien**
First Mortgage



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC Case number (if known) 8:26-bk-01640-CPM
Name

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
10/31/2025

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☒ Yes. Specify each creditor, including this creditor and its relative priority.
Specified on line 2.5

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** $26,577,096.52

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

**List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.**

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Diaz Anselmo & Associates, P.A.<br>499 NW 70th Ave., Ste. 309<br>Fort Lauderdale, FL 33317 | Line 2.73 | |
| Diaz Anselmo & Associates, P.A.<br>499 NW 70th Ave., Ste. 309<br>Fort Lauderdale, FL 33317 | Line 2.88 | |
| Diaz Anselmo & Associates, P.A.<br>499 NW 70th Ave., Ste. 309<br>Fort Lauderdale, FL 33317 | Line 2.84 | |
| Fay Servicing, LLC<br>425 S. Financial Place, 20th Floor<br>Chicago, IL 60605 | Line 2.3 | |
| Fein, Such, Kahn & Shepard, P.C.<br>7660 Imperial Way, Suite 121<br>Allentown, PA 18195 | Line 2.25 | |
| Friedman Vartolo<br>1325 Franklin Avenue<br>Suite 160<br>Garden City, NY 11530 | Line 2.3 | |
| Friedman Vartolo<br>1325 Franklin Avenue<br>Suite 160<br>Garden City, NY 11530 | Line 2.39 | |
| Friedman Vartolo<br>1325 Franklin Avenue<br>Suite 160<br>Garden City, NY 11530 | Line 2.48 | |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC
Name

Case number (if known) 8:26-bk-01640-CPM

| | |
|---|---|
| Friedman Vartolo<br>1325 Franklin Avenue<br>Suite 160<br>Garden City, NY 11530 | Line 2.30 |
| Friedman Vartolo<br>1325 Franklin Avenue<br>Suite 160<br>Garden City, NY 11530 | Line 2.93 |
| Friedman Vartolo<br>1325 Franklin Avenue<br>Suite 160<br>Garden City, NY 11530 | Line 2.37 |
| Friedman Vartolo<br>1325 Franklin Avenue<br>Suite 160<br>Garden City, NY 11530 | Line 2.91 |
| Friedman Vartolo<br>1325 Franklin Avenue<br>Suite 160<br>Garden City, NY 11530 | Line 2.19 |
| Friedman Vartolo<br>1325 Franklin Avenue<br>Suite 160<br>Garden City, NY 11530 | Line 2.29 |
| Friedman Vartolo<br>1325 Franklin Avenue<br>Suite 160<br>Garden City, NY 11530 | Line 2.50 |
| Friedman Vartolo<br>1325 Franklin Avenue<br>Suite 160<br>Garden City, NY 11530 | Line 2.58 |
| Friedman Vartolo<br>1325 Franklin Avenue<br>Suite 160<br>Garden City, NY 11530 | Line 2.28 |
| Friedman Vartolo<br>1325 Franklin Avenue<br>Suite 160<br>Garden City, NY 11530 | Line 2.61 |
| Friedman Vartolo<br>1325 Franklin Avenue<br>Suite 160<br>Garden City, NY 11530 | Line 2.63 |
| Friedman Vartolo<br>1325 Franklin Avenue<br>Suite 160<br>Garden City, NY 11530 | Line 2.78 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC Case number (if known) 8:26-bk-01640-CPM
Name

| | |
|---|---|
| Friedman Vartolo<br>1325 Franklin Avenue<br>Suite 160<br>Garden City, NY 11530 | Line 2.90 |
| Friedman Vartolo<br>1325 Franklin Avenue<br>Suite 160<br>Garden City, NY 11530 | Line 2.80 |
| Friedman Vartolo<br>1325 Franklin Avenue<br>Suite 160<br>Garden City, NY 11530 | Line 2.21 |
| Friedman Vartolo<br>1325 Franklin Avenue<br>Suite 160<br>Garden City, NY 11530 | Line 2.71 |
| Friedman Vartolo<br>1325 Franklin Avenue<br>Suite 160<br>Garden City, NY 11530 | Line 2.54 |
| Friedman Vartolo<br>1325 Franklin Avenue<br>Suite 160<br>Garden City, NY 11530 | Line 2.95 |
| Friedman Vartolo<br>1325 Franklin Avenue<br>Suite 160<br>Garden City, NY 11530 | Line 2.75 |
| Friedman Vartolo<br>1325 Franklin Avenue<br>Suite 160<br>Garden City, NY 11530 | Line 2.60 |
| Friedman Vartolo<br>1325 Franklin Avenue<br>Suite 160<br>Garden City, NY 11530 | Line 2.52 |
| Friedman Vartolo<br>1325 Franklin Avenue<br>Suite 160<br>Garden City, NY 11530 | Line 2.57 |
| Friedman Vartolo<br>1325 Franklin Avenue<br>Suite 160<br>Garden City, NY 11530 | Line 2.92 |
| Hill Wallack LLP<br>1000 Floral Vale Blvd., Ste. 300<br>Yardley, PA 19067 | Line 2.13 |
| Howard Law<br>4755 Technology Way, Ste. 104<br>Boca Raton, FL 33431 | Line 2.16 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC
Name

Case number (if known) 8:26-bk-01640-CPM

| | |
|---|---|
| KML Law Group, P.C.<br>701 Market St., Ste. 5000<br>Philadelphia, PA 19106 | Line 2.76 |
| KML Law Group, P.C.<br>701 Market St., Ste. 5000<br>Philadelphia, PA 19106 | Line 2.82 |
| Larocca Hornik et al.<br>475 County Rd. 520, Ste. 200<br>Marlboro, NJ 07746 | Line 2.74 |
| Larocca Hornik et al.<br>475 County Rd. 520, Ste. 200<br>Marlboro, NJ 07746 | Line 2.89 |
| Larocca Hornik et al.<br>475 County Rd. 520, Ste. 200<br>Marlboro, NJ 07746 | Line 2.77 |
| Select Portfolio Servicing, Inc.<br>3217 S. Decker Lake Dr,<br>Salt Lake City, UT 84119 | Line 2.76 |
| Square Foot Real Estate Management, LLC<br>Attn: Stephen J. Izzi, Court Appointed Receiver<br>479 York Rd<br>Jenkintown, PA 19046 | Line 2.39 |
| Tryon Street Acquisition Trust 1<br>One Marina Park Drive<br>Boston, MA 02210 | Line 2.28 |
| Weber Gallagher Simpson et al.<br>2000 Market St., 13th Floor<br>Philadelphia, PA 19103 | Line 2.43 |
| Weber Gallagher Simpson et al.<br>2000 Market St., 13th Floor<br>Philadelphia, PA 19103 | Line 2.42 |
| Weber Gallagher Simpson et al.<br>2000 Market St., 13th Floor<br>Philadelphia, PA 19103 | Line 2.40 |
| Weber Gallagher Simpson et al.<br>2000 Market St., 13th Floor<br>Philadelphia, PA 19103 | Line 2.46 |
| Weber Gallagher Simpson et al.<br>2000 Market St., 13th Floor<br>Philadelphia, PA 19103 | Line 2.44 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name DDH Fund, LLC

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) 8:26-bk-01640-CPM

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☒ No. Go to Part 2.

☐ Yes. Go to line 2.

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1 Nonpriority creditor's name and mailing address**
Adams, Rashaun R.
3850 N 18th St
Philadelphia, PA 19140

**As of the petition filing date, the claim is:** *Check all that apply.* — $1,900.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 12/28/2022
**Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset? ☐ No ☒ Yes

**3.2 Nonpriority creditor's name and mailing address**
Addy, Mariam
295 Davis Street
Oakville, CT 06779

**As of the petition filing date, the claim is:** *Check all that apply.* — $43,313.00
☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.3 Nonpriority creditor's name and mailing address**
Alberto Rodriguez
1211 N Monterey St
Anaheim, CA 92801

**As of the petition filing date, the claim is:** *Check all that apply.* — $320,979.96
☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.4 Nonpriority creditor's name and mailing address**
Alexander, Shahara C.
23 Pleasant St
Philadelphia, PA 19119

**As of the petition filing date, the claim is:** *Check all that apply.* — $4,200.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 10/15/2023
**Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes

**3.5 Nonpriority creditor's name and mailing address**
Anderson, Marjorie
W841 Klondike Rd
Berlin, WI 54923

**As of the petition filing date, the claim is:** *Check all that apply.* — $111,500.00
☐ Contingent
☐ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _
**Basis for the claim:** _
**Last 4 digits of account number** _
Is the claim subject to offset? ☒ No ☐ Yes



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC Case number (if known) 8:26-bk-01640-CPM
Name

3.6 **Nonpriority creditor's name and mailing address**
Bahiyah Shamsud'din
2407 N. Newkirk St.
Philadelphia, PA 19142
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.7 **Nonpriority creditor's name and mailing address**
Barnes, Shawn L.
1721 N Lindenwood St
Philadelphia, PA 19131
**Date(s) debt was incurred** 06/01/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,400.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☐ No ☒ Yes

---

3.8 **Nonpriority creditor's name and mailing address**
Barron, Adaisha T.
2235 N 22nd St
Philadelphia, PA 19132
**Date(s) debt was incurred** 07/01/2024
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,550.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☐ No ☒ Yes

---

3.9 **Nonpriority creditor's name and mailing address**
Baugh, Theresa J.
6032 N 19th St
Philadelphia, PA 19141
**Date(s) debt was incurred** 10/30/2020
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $3,400.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☐ No ☒ Yes

---

3.10 **Nonpriority creditor's name and mailing address**
Buschhorn, Eric
15311 Crescent Forest Ct
Houston, TX 77062
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $33,352.59
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.11 **Nonpriority creditor's name and mailing address**
Calloway, Karin D.
5520 Whitby Ave
Philadelphia, PA 19143
**Date(s) debt was incurred** 06/01/2018
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,200.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☐ No ☒ Yes

---

3.12 **Nonpriority creditor's name and mailing address**
Carrasquillo, Adam
9000 West Chester Pike
Upper Darby, PA 19082
**Date(s) debt was incurred** 01/01/2024
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $750.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☐ No ☒ Yes

---

3.13 **Nonpriority creditor's name and mailing address**
Clark, Ashley M.
4488 Livingston St
Philadelphia, PA 19137
**Date(s) debt was incurred** 10/24/2021
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,950.28
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☐ No ☒ Yes

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC Case number (if known) 8:26-bk-01640-CPM

3.14 **Nonpriority creditor's name and mailing address**
Clark, Ashley M.
4488 Livingston St
Philadelphia, PA 19137
**Date(s) debt was incurred** 10/24/2021
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,950.28
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☐ No ☒ Yes

3.15 **Nonpriority creditor's name and mailing address**
Codner, Jason V.
9000 West Chester Pike
Upper Darby, PA 19082
**Date(s) debt was incurred** 01/01/2024
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,100.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☐ No ☒ Yes

3.16 **Nonpriority creditor's name and mailing address**
Collins, Kadeidra D.
127 W Apsley St
Philadelphia, PA 19144
**Date(s) debt was incurred** 05/01/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,800.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☐ No ☒ Yes

3.17 **Nonpriority creditor's name and mailing address**
Creswell, Daniel
5938 Carpenter St, A Lower Fl
Philadelphia, PA 19143
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $21,870.00
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.18 **Nonpriority creditor's name and mailing address**
Cummings, Michael A.
432 N Salford St
Philadelphia, PA 19151
**Date(s) debt was incurred** 11/29/2024
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,680.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☐ No ☒ Yes

3.19 **Nonpriority creditor's name and mailing address**
Dajonna Family Childcare LLC
2000 S Salford St
Philadelphia, PA 19143
**Date(s) debt was incurred** 05/01/2023
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $2,700.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☐ No ☒ Yes

3.20 **Nonpriority creditor's name and mailing address**
Gordon, Yvonia E.
5332 Lena St
Philadelphia, PA 19144
**Date(s) debt was incurred** 09/02/2023
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $3,390.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☐ No ☒ Yes

3.21 **Nonpriority creditor's name and mailing address**
Gregory, Kisa C.
1744 N Wilton St
Philadelphia, PA 19131
**Date(s) debt was incurred** 07/01/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,450.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☐ No ☒ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC
Name

Case number (if known) 8:26-bk-01640-CPM

3.22 **Nonpriority creditor's name and mailing address**
Gunter, Kandra M.
8010 Silver Lure Dr
Humble, TX 77346
**Date(s) debt was incurred** 09/19/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $2,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☐ No ☒ Yes

---

3.23 **Nonpriority creditor's name and mailing address**
Hamilton, Santasia R.
2336 N 19th St
Philadelphia, PA 19132
**Date(s) debt was incurred** 02/09/2024
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $2,700.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☐ No ☒ Yes

---

3.24 **Nonpriority creditor's name and mailing address**
Hicham Imani
3640 Morrell Ave.
Philadelphia, PA 19114
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* Unknown
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.25 **Nonpriority creditor's name and mailing address**
Holmes, Samuel M.
5743 N Beechwood St
Philadelphia, PA 19138
**Date(s) debt was incurred** 07/21/2023
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,345.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☐ No ☒ Yes

---

3.26 **Nonpriority creditor's name and mailing address**
Holmes, Samuel M.
5743 N Beechwood St
Philadelphia, PA 19138
**Date(s) debt was incurred** 07/21/2023
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,345.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☐ No ☒ Yes

---

3.27 **Nonpriority creditor's name and mailing address**
Howell, Jennifer
2949 N 12th St
Philadelphia, PA 19133
**Date(s) debt was incurred** 03/01/2024
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $125.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☐ No ☒ Yes

---

3.28 **Nonpriority creditor's name and mailing address**
JDB 2011 Irrevocable Trust
998 Meadowlark Dr
Laguna Beach, CA 92651
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $360,000.00
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

3.29 **Nonpriority creditor's name and mailing address**
Jefferson, Asia T.
3850 N 18th St
Philadelphia, PA 19140
**Date(s) debt was incurred** 12/28/2022
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $850.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☐ No ☒ Yes

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC Case number (if known) 8:26-bk-01640-CPM
Name

| | | | |
|---|---|---|---|
| 3.30 | **Nonpriority creditor's name and mailing address**<br>Jett, Dominique S.<br>5056 Summer St<br>Philadelphia, PA 19139<br>**Date(s) debt was incurred** 05/05/2023<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☐ No ☒ Yes | $1,500.00 |
| 3.31 | **Nonpriority creditor's name and mailing address**<br>JKW Productions, LLC<br>506 Astria Court<br>Altamonte Springs, FL 32701<br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | $110,000.00 |
| 3.32 | **Nonpriority creditor's name and mailing address**<br>Johns, Michelle F.<br>4124 Paul St<br>Philadelphia, PA 19124<br>**Date(s) debt was incurred** 11/24/2023<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☐ No ☒ Yes | $2,690.00 |
| 3.33 | **Nonpriority creditor's name and mailing address**<br>Jones, Alisha A.<br>4936 Greene St<br>Philadelphia, PA 19144<br>**Date(s) debt was incurred** 09/15/2023<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☐ No ☒ Yes | $4,500.00 |
| 3.34 | **Nonpriority creditor's name and mailing address**<br>Jumbo, Wariso 1.<br>9002 West Chester Pike<br>Upper Darby, PA 19082<br>**Date(s) debt was incurred** 02/17/2025<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☐ No ☒ Yes | $1,200.00 |
| 3.35 | **Nonpriority creditor's name and mailing address**<br>LAWSON, TEMIKA M.<br>5526 Jane St<br>Philadelphia, PA 19138<br>**Date(s) debt was incurred** 09/29/2023<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☐ No ☒ Yes | $2,600.50 |
| 3.36 | **Nonpriority creditor's name and mailing address**<br>Longstratt, Tahjmea R.<br>5548 Upland St<br>Philadelphia, PA 19143<br>**Date(s) debt was incurred** 02/01/2024<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☐ No ☒ Yes | $2,400.00 |
| 3.37 | **Nonpriority creditor's name and mailing address**<br>Lynds, Manon P.<br>522 Westwinds Dr<br>Palm Harbor, FL 34683<br>**Date(s) debt was incurred** 10/04/2025<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _<br>Is the claim subject to offset? ☐ No ☒ Yes | $2,500.00 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC Case number (if known) 8:26-bk-01640-CPM
Name

**3.38** **Nonpriority creditor's name and mailing address**
Mcburrows, Marcel G.
1327 N Wanamaker St
Philadelphia, PA 19131
**Date(s) debt was incurred** 01/16/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,450.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☐ No ☒ Yes

---

**3.39** **Nonpriority creditor's name and mailing address**
McClain, Ramonna M.
6220 Flamingo Dr
Apollo Beach, FL 33572
**Date(s) debt was incurred** 10/06/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $3,500.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☐ No ☒ Yes

---

**3.40** **Nonpriority creditor's name and mailing address**
Mitchell, Tequisha C.
3305 Gransback St
Philadelphia, PA 19134
**Date(s) debt was incurred** 01/22/2024
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,099.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☐ No ☒ Yes

---

**3.41** **Nonpriority creditor's name and mailing address**
Morse, Portiaatrice E.
7275 E Walnut Ln
Philadelphia, PA 19138
**Date(s) debt was incurred** 06/01/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,700.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☐ No ☒ Yes

---

**3.42** **Nonpriority creditor's name and mailing address**
Morton, Carl
5865 Kemble Ave
Philadelphia, PA 19141
**Date(s) debt was incurred** 05/15/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,650.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☐ No ☒ Yes

---

**3.43** **Nonpriority creditor's name and mailing address**
Morton, Shreen D.
196 W Chew Ave
Philadelphia, PA 19120
**Date(s) debt was incurred** 10/25/2024
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,875.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☐ No ☒ Yes

---

**3.44** **Nonpriority creditor's name and mailing address**
Myers, Karin M.
200 Grant St
Riverside, NJ 08075
**Date(s) debt was incurred** 05/01/2024
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $3,300.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☐ No ☒ Yes

---

**3.45** **Nonpriority creditor's name and mailing address**
Nin, Nicole
2603 W Seltzer St
Philadelphia, PA 19132
**Date(s) debt was incurred** 05/01/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,400.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☐ No ☒ Yes

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC
Name

Case number (if known) 8:26-bk-01640-CPM

**3.46** **Nonpriority creditor's name and mailing address**
Nuri, Aashir A.
2948 Cecil B Moore Ave
Philadelphia, PA 19121
**Date(s) debt was incurred** 08/01/2024
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,895.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☐ No ☒ Yes

**3.47** **Nonpriority creditor's name and mailing address**
Perez Mena, Angelo
5734 Christian St
Philadelphia, PA 19143
**Date(s) debt was incurred** 01/05/2023
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,250.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☐ No ☒ Yes

**3.48** **Nonpriority creditor's name and mailing address**
Phillips, Taryn C.
1161 E Phil Ellena St
Philadelphia, PA 19150
**Date(s) debt was incurred** 01/20/2023
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,650.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☐ No ☒ Yes

**3.49** **Nonpriority creditor's name and mailing address**
Price, Sharita S.
5320 Lebanon Ave
Philadelphia, PA 19131
**Date(s) debt was incurred** 11/01/2024
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $2,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☐ No ☒ Yes

**3.50** **Nonpriority creditor's name and mailing address**
Saahir, Sabreen
1449 Rainer Rd
Brookhaven, PA 19015
**Date(s) debt was incurred** 11/01/2021
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,050.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☐ No ☒ Yes

**3.51** **Nonpriority creditor's name and mailing address**
Sachs, Stefon A.
2235 N 22nd St
Philadelphia, PA 19132
**Date(s) debt was incurred** 07/01/2024
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,175.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☐ No ☒ Yes

**3.52** **Nonpriority creditor's name and mailing address**
Santana batista, Natali
487 Wigard Ave
Philadelphia, PA 19128
**Date(s) debt was incurred** 12/15/2023
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $2,100.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☐ No ☒ Yes

**3.53** **Nonpriority creditor's name and mailing address**
Scott, Shariyf A.
170 E Meehan Ave
Philadelphia, PA 19119
**Date(s) debt was incurred** 05/19/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $2,150.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☐ No ☒ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC Case number (if known) 8:26-bk-01640-CPM
Name

3.54 **Nonpriority creditor's name and mailing address**
Shinholster, Carliah R.
1823 72nd Ave
Philadelphia, PA 19126
**Date(s) debt was incurred** 05/11/2018
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,300.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☐ No ☒ Yes

3.55 **Nonpriority creditor's name and mailing address**
Simon, Brianna L.
6514 N Beechwood St
Philadelphia, PA 19138
**Date(s) debt was incurred** 03/01/2021
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,200.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☐ No ☒ Yes

3.56 **Nonpriority creditor's name and mailing address**
Smith- Melvin, Monique
1238 Harshaw Rd
Brookhaven, PA 19015
**Date(s) debt was incurred** 11/01/2021
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $2,900.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☐ No ☒ Yes

3.57 **Nonpriority creditor's name and mailing address**
Southern California Edison Company
PO Box 6109
Covina, CA 91722
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $133.51
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.58 **Nonpriority creditor's name and mailing address**
Sowell, Jantaya S.
335 N Redfield St
Philadelphia, PA 19139
**Date(s) debt was incurred** 09/01/2023
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $2,500.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☐ No ☒ Yes

3.59 **Nonpriority creditor's name and mailing address**
Strawberry, Charles R.
1424 N 62nd St
Philadelphia, PA 19151
**Date(s) debt was incurred** 03/13/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,400.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☐ No ☒ Yes

3.60 **Nonpriority creditor's name and mailing address**
Sudan, Talib
3922 Elson Rd
Brookhaven, PA 19015
**Date(s) debt was incurred** 10/01/2021
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $975.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☐ No ☒ Yes

3.61 **Nonpriority creditor's name and mailing address**
Sudan, Talib
3922 Elson Rd
Brookhaven, PA 19015
**Date(s) debt was incurred** 10/01/2021
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $975.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☐ No ☒ Yes


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC — Case number (if known) 8:26-bk-01640-CPM
Name

**3.62 Nonpriority creditor's name and mailing address**
Tucker, Jerome J.
5404 W Thompson St
Philadelphia, PA 19131
**Date(s) debt was incurred** 02/23/2024
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $775.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☐ No ☒ Yes

---

**3.63 Nonpriority creditor's name and mailing address**
Van Reuter, Ellen L.
3914 Fairdale Rd
Philadelphia, PA 19154
**Date(s) debt was incurred** 10/14/2023
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $2,950.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☐ No ☒ Yes

---

**3.64 Nonpriority creditor's name and mailing address**
Vargas, Sergio A.
1609 N 18th St
Philadelphia, PA 19121
**Date(s) debt was incurred** 05/31/2023
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $2,550.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☐ No ☒ Yes

---

**3.65 Nonpriority creditor's name and mailing address**
Vincent, Dana D.
2749 N Dover St
Philadelphia, PA 19132
**Date(s) debt was incurred** 10/29/2023
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,295.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☐ No ☒ Yes

---

**3.66 Nonpriority creditor's name and mailing address**
Vitiello, Luciana
916 San Pablo Avenue, Unit D
Albany, CA 94706
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $53,199.12
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

---

**3.67 Nonpriority creditor's name and mailing address**
Walker, Niesha A.
5404 W Thompson St
Philadelphia, PA 19131
**Date(s) debt was incurred** 02/23/2024
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $950.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☐ No ☒ Yes

---

**3.68 Nonpriority creditor's name and mailing address**
Warner, Shasnettay M.
141 W Apsley St
Philadelphia, PA 19144
**Date(s) debt was incurred** 09/01/2024
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $2,400.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☐ No ☒ Yes

---

**3.69 Nonpriority creditor's name and mailing address**
Welton, Ayisha S.
3850 N 18th St
Philadelphia, PA 19140
**Date(s) debt was incurred** 12/28/2022
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,095.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☐ No ☒ Yes

---


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC
Name

Case number (if known) 8:26-bk-01640-CPM

3.70 **Nonpriority creditor's name and mailing address**
Wentzel, Andrew T
1324 Beehive Ln
Mesquite, NV 89034
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $92,910.18
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.71 **Nonpriority creditor's name and mailing address**
Wentzel, Andrew T
1324 Beehive Ln
Mesquite, NV 89034
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $12,802.87
☐ Contingent
☐ Unliquidated
☒ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☒ No ☐ Yes

3.72 **Nonpriority creditor's name and mailing address**
Wesley, Nicole R.
1345 Harshaw Rd
Brookhaven, PA 19015
**Date(s) debt was incurred** 07/01/2023
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,795.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☐ No ☒ Yes

3.73 **Nonpriority creditor's name and mailing address**
West, Dwana F.
4933 N Uber St
Philadelphia, PA 19141
**Date(s) debt was incurred** 10/25/2022
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,300.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☐ No ☒ Yes

3.74 **Nonpriority creditor's name and mailing address**
White, Jessica L.
907 Centerbrook Dr
Brandon, FL 33511
**Date(s) debt was incurred** 12/01/2025
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $3,500.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☐ No ☒ Yes

3.75 **Nonpriority creditor's name and mailing address**
Wigington, Erin C.
5932 Webster St
Philadelphia, PA 19143
**Date(s) debt was incurred** 03/01/2026
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,550.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☐ No ☒ Yes

3.76 **Nonpriority creditor's name and mailing address**
Wingate, Tia T.
2120 W Spencer St
Philadelphia, PA 19138
**Date(s) debt was incurred** 03/14/2018
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $775.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☐ No ☒ Yes

3.77 **Nonpriority creditor's name and mailing address**
Yabrough, Nishya A.
2016 W Boston St
Philadelphia, PA 19132
**Date(s) debt was incurred** 01/01/2024
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* $1,250.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** _
Is the claim subject to offset? ☐ No ☒ Yes

## Part 3: List Others to Be Notified About Unsecured Claims


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC Case number (if known) 8:26-bk-01640-CPM
Name

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Kelly & Herron, P.C.<br>1500 Market St., Ste. W3110<br>Philadelphia, PA 19102 | Line 3.6<br>☐ Not listed. Explain ____ | _ |

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 1,278,916.29 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,278,916.29 |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name DDH Fund, LLC

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) 8:26-bk-01640-CPM

☐ Check if this is an amended filing

# Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | See attached. |
| | List the contract number of any government contract | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

## Schedule G

*Executory Contracts and Unexpired Leases*

| Debtor Name | Description of Contract or Lease | Remainder of Term (Days) |
|---|---|---|
| DDH Fund LP | 3850 N 18th St, Philadelphia, PA 19140 | – |
| DDH Fund LP | 3827 N Fairhill St, Philadelphia, PA 19140 | 8 |
| DDH Fund LP | 9002 West Chester Pike, Upper Darby, PA 19082 | – |
| DDH Fund LP | 1721 N Lindenwood St, Philadelphia, PA 19131 | 770 |
| DDH Fund LP | 6032 N 19th St, Philadelphia, PA 19141 | – |
| DDH Fund LP | 5520 Whitby Ave, Philadelphia, PA 19143 | – |
| DDH Fund LP | 9000 West Chester Pike, Upper Darby, PA 19082 | – |
| DDH Fund LP | 9000 West Chester Pike, Upper Darby, PA 19082 | – |
| DDH Fund LP | 9000 West Chester Pike, Upper Darby, PA 19082 | – |
| DDH Fund LP | 432 N Salford St, Philadelphia, PA 19151 | 222 |
| DDH Fund LP | 3850 N 18th St, Philadelphia, PA 19140 | 8 |
| DDH Fund LP | 4124 Paul St, Philadelphia, PA 19124 | – |
| DDH Fund LP | 9002 West Chester Pike, Upper Darby, PA 19082 | – |
| DDH Fund LP | 9002 West Chester Pike, Upper Darby, PA 19082 | – |
| DDH Fund LP | 9000 West Chester Pike, Upper Darby, PA 19082 | – |
| DDH Fund LP | 1327 N Wanamaker St, Philadelphia, PA 19131 | 284 |
| DDH Fund LP | 6220 Flamingo Dr, Apollo Beach, FL 33572 | 192 |
| DDH Fund LP | 5865 Kemble Ave, Philadelphia, PA 19141 | 39 |
| DDH Fund LP | 4182 Paul St, Philadelphia, PA 19124 | 69 |
| DDH Fund LP | 5734 Christian St, Philadelphia, PA 19143 | 649 |
| DDH Fund LP | 1238 Harshaw Rd, Brookhaven, PA 19015 | – |
| DDH Fund LP | 335 N Redfield St, Philadelphia, PA 19139 | – |
| DDH Fund LP | 1424 N 62nd St, Philadelphia, PA 19151 | 709 |
| DDH Fund LP | 5404 W Thompson St, Philadelphia, PA 19131 | – |
| DDH Fund LP | 5404 W Thompson St, Philadelphia, PA 19131 | – |
| DDH Fund LP | 3914 Fairdale Rd, Philadelphia, PA 19154 | – |
| DDH Fund LP | 1609 N 18th St, Philadelphia, PA 19121 | 253 |
| DDH Fund LP | 5404 W Thompson St, Philadelphia, PA 19131 | – |
| DDH Fund LP | 3850 N 18th St, Philadelphia, PA 19140 | – |

**Fill in this information to identify the case:**

Debtor name DDH Fund, LLC

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) 8:26-bk-01640-CPM

☐ Check if this is an amended filing

# Official Form 206H
## Schedule H: Your Codebtors

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Brandon Mendenhall | 805 E. Bloomingdale Ave #737<br>Brandon, FL 33511 | Wilmington Savings Fund Society, FSB | ☒ D 2.88<br>☐ E/F<br>☐ G |
| 2.2 | Brandon Mendenhall | 805 E. Bloomingdale Ave #737<br>Brandon, FL 33511 | Wilmington Savings Fund Society, FSB | ☒ D 2.89<br>☐ E/F<br>☐ G |


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name DDH Fund, LLC

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) 8:26-bk-01640-CPM

☐ Check if this is an amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1: Income

1. **Gross revenue from business**

☐ None. Consistent with the Order of the Court appointing the Examiner (Dkt. No. 167), and in order to avoid duplication, the Debtors have not expended resources investigating any of the tasks within the Examiner's scope of investigation.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☒ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None. Consistent with the Order of the Court appointing the Examiner (Dkt. No. 167), and in order to avoid duplication, the Debtors have not expended resources investigating any of the tasks within the Examiner's scope of investigation.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☒ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC Case number *(if known)* 8:26-bk-01640-CPM

☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3: Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Hicham Imani v. DDH Fund LP<br>2502025812 | Civil | Court of Common Pleas of Philadelphia County, First Judicial District of Pennsylvania<br>1400 John F Kennedy Blvd.<br>Philadelphia, PA 19107 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Hicham Imani v. DDH Fund LP<br>250201856 | Civil | Court of Common Pleas of Philadelphia County, First Judicial District of Pennsylvania<br>1400 John F. Kennedy Blvd.<br>Philadelphia, PA 19107 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | Wilmington Savings Fund Societ, FSB, not in its individual capacity but solely as trustee for the Residential Mortgage Aggregation Trust v. DDH Fund, LLC and Brandon D. Mendenhall<br>250601430 | Foreclosure | Court of Common Pleas of Philadelphia County, First Judicial District of Pennsylvania<br>1400 John F Kennedy Blvd.<br>Philadelphia, PA 19107 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | City of Philadelphia v. DDH Fund, LLC<br>CE-25-04-32-0064 | Code Enforcement | Philadelphia Municipal Court, First Judicial District of Pennsylvania<br>1339 Chestnut St., 10th Floor<br>Philadelphia, PA 19107 | ☐ Pending<br>☐ On appeal<br>☒ Concluded |
| 7.5. | U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee of Saluda Grade Loan Trust I v. DDH Fund, LLC<br>250902066 | Foreclosure | Court of Common Pleas of Philadelphia County, First Judicial District of Pennsylvania<br>1400 John F Kennedy Blvd.<br>Philadelphia, PA 19107 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC Case number *(if known)* 8:26-bk-01640-CPM

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.6. | Bahiyah Shamsud'din v. DDH Fund, LP aka DDH Fund, LLC and RAD Diversified REIT, Inc.<br>250601596 | Civil | Court of Common Pleas of Philadelphia County, First Judicial District of Pennsylvania<br>1400 John F Kennedy Blvd.<br>Philadelphia, PA 19107 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | Grove Funding Trust III v. DDH Fund LLC, et al.<br>25-003232-CI | Foreclosure | Pinellas County, Florida Circuit Court<br>315 Court St.<br>Clearwater, FL 33756 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | U.S. Bank Trust National Association, not in its individual capacity but solely as Trustee of Fidelity & Guaranty Life Mortgage Trust 2018-1 v. DDH Fund LP<br>2410003447 | Foreclosure | Court of Common Pleas of Philadelphia County, First Judicial District of Pennsylvania<br>1400 John F Kennedy Blvd.<br>Philadelphia, PA 19107 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | U.S. Bank Trust National Assoc., not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1 v. DDH Fund LP<br>2025-02702-RC | Foreclosure | Court of Common Pleas of Chester County, Pennsylvania<br>201 W. Market St., Suite 2100<br>West Chester, PA 19380 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | Brighthouse Life Insurance Company v DDH Fund LP<br>241100043 | Foreclosure | Court of Common Pleas of Philadelphia County, First Judicial District of Pennsylvania<br>1400 John F Kennedy Blvd.<br>Philadelphia, PA 19107 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | U.S. Bank National Association as Trustee of Greene Street Funding Trust II v. DDH Fund LLC<br>241202200 | Foreclosure | Court of Common Pleas of Philadelphia County, First Judicial District of Pennsylvania<br>1400 John F Kennedy Blvd.<br>Philadelphia, PA 19107 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. | U.S. Bank Trust National Assoc., not in its individual capacity but solely as trustee for Homes Mortgage Trust v. DDH Fund LP<br>241101818 | Foreclosure | Court of Common Pleas of Philadelphia County, First Judicial District of Pennsylvania<br>1400 John F Kennedy Blvd.<br>Philadelphia, PA 19107 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13. | Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as Trustee for Residential Mortgage Aggregation Trust v. DDH Fund LLC & Brandon Mendenhall<br>2025-16679 | Foreclosure | Court. of Common Pleas of Montgomery County, Pennsylvania<br>2 East Airy St.<br>Norristown, PA 19401 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC Case number *(if known)* 8:26-bk-01640-CPM

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.14. | U.S. Bank Trust National Association, not in its individual capacity but solely as Trustee of Fidelity & Guaranty Life Mortgage Trust 2018-1 v. DDH Fund, LP<br>250402296 | Foreclosure | Court of Common Pleas of Philadelphia County, First Judicial District of Pennsylvania<br>1400 John F Kennedy Blvd.<br>Philadelphia, PA 19107 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.15. | Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as owner trustee of SG Alternative Title Trust 2025-NPL2 v. DDH Fund LLC, et al.<br>25-CA-10383 | Foreclosure | Hillsborough County, Florida Circuit Court<br>800 E. Twiggs St.<br>Tampa, FL 33602 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16. | Wilshire Blvd.U.S. Bank Trust National Association, not in its individual capacity but solely as owner trustee for Legacy Mortgage Asset Trust 2024-INV1 v. DDH Fund LP<br>CV-2025-000791 | Foreclosure | Court of Common Pleas of Delaware County, Pennsylvania<br>201 West Front S.<br>Media, PA 19063 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.17. | Wilmington Savings Fund Society, FSB, not In Its individual capaclty but solely as Trustee of Starwood Mortgage Residential Trust 2021-2 v. DDH Fund LP et al.<br>250400675 | Foreclosure | Court of Common Pleas of Philadelphia County, First Judicial District of Pennsylvania<br>1400 John F Kennedy Blvd.<br>Philadelphia, PA 19107 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.18. | U.S. Bank Trust Company National Association, not in its individual capacity but solely as trustee of Homeward Opportunities Fund Trust 2024-RTL1 v. DDH Fund, LLC<br>250401476 | Foreclosure | Court of Common Pleas of Philadelphia County, First Judicial District of Pennsylvania<br>1400 John F Kennedy Blvd.<br>Philadelphia, PA 19107 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.19. | Wilmington Savings Fund Society, FSB, not in its individual capacity, but solely as Trustee for Residential Mortgage Aggregation Trust v. DDH Fund LLC and Brandon Mendenhall<br>250503527 | Foreclosure | Court of Common Pleas of Philadelphia County, First Judicial District of Pennsylvania<br>1400 John F Kennedy Blvd.<br>Philadelphia, PA 19107 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.20. | Silver Hill Capital, LLC v. DDH Fund LP<br>250902334 | Foreclosure | Court of Common Pleas of Philadelphia County, First Judicial District of Pennsylvania<br>1400 John F Kennedy Blvd.<br>Philadelphia, PA 19107 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC Case number (if known) 8:26-bk-01640-CPM

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.21. | U.S. Bank Trust Company National Association, not in its individual capacity but solely as trustee of Homeward Opportunities Fund Trust 2024-RTL1 v. DDH Fund LLC<br>250203510 | Foreclosure | Court of Common Pleas of Philadelphia County, First Judicial District of Pennsylvania<br>1400 John F Kennedy Blvd.<br>Philadelphia, PA 19107 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.22. | Trion Street Acquisition Trust I v. DDH Fund LLC<br>250503715 | Foreclosure | Court of Common Pleas of Philadelphia County, First Judicial District of Pennsylvania<br>1400 John F Kennedy Blvd.<br>Philadelphia, PA 19107 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.23. | U.S. Bank Trust Company National Association, not in its individual capacity but solely as trustee of Homeward Opportunities Fund Trust 2024-RTL1 v. DDH Fund LLC<br>250403160 | Foreclosure | Court of Common Pleas of Philadelphia County, First Judicial District of Pennsylvania<br>1400 John F Kennedy Blvd.<br>Philadelphia, PA 19107 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.24. | U.S. Bank Trust Company National Association, not in its individual capacity but solely as trustee of Homeward Opportunities Fund Trust 2024-RTL1 v. DDH Fund LLC<br>250401490 | Foreclosure | Court of Common Pleas of Philadelphia County, First Judicial District of Pennsylvania<br>1400 John F Kennedy Blvd.<br>Philadelphia, PA 19107 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.25. | Tryon Street Acquisition Trust I v. DDH Fund LLC<br>250603030 | Foreclosure | Court of Common Pleas of Philadelphia County, First Judicial District of Pennsylvania<br>1400 John F Kennedy Blvd.<br>Philadelphia, PA 19107 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.26. | U.S. Bank Trust Company National Association, not in its individual capacity but solely as trustee of Homeward Opportunities Fund Trust 2024-RTL1 v. DDH Fund, LLC<br>250401594 | Foreclosure | Court of Common Pleas of Philadelphia County, First Judicial District of Pennsylvania<br>1400 John F Kennedy Blvd.<br>Philadelphia, PA 19107 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.27. | Metropolitan Life Insurance Co. v. DDH Fund LP<br>2025-SU-0506 | Foreclosure | Court of Common Pleas of Adams County, Pennsylvania<br>117 Baltimore Street, 4th Floor<br>Gettysburg, PA 17325 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.28. | NWL Company, LLC v. DDH Fund, LLC<br>250302522 | Foreclosure | Court of Common Pleas of Philadelphia County, First Judicial District of Pennsylvania<br>1400 John F Kennedy Blvd.<br>Philadelphia, PA 19107 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC Case number *(if known)* 8:26-bk-01640-CPM

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.29. | Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee for Ibis Holdings A Trust v. DDH Fund, LLC<br>241101499 | Foreclosure | Court of Common Pleas of Philadelphia County, First Judicial District of Pennsylvania<br>1400 John F Kennedy Blvd.<br>Philadelphia, PA 19107 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.30. | U.S. Bank National Association, not in its individual capacity but solely as Trustee for the Binom Securitization Trust 2021-INV1 V. DDH Fund, LLCBrighthouse Life Insurance Company<br>241200706 | Foreclosure | Court of Common Pleas of Philadelphia County, First Judicial District of Pennsylvania<br>1400 John F Kennedy Blvd.<br>Philadelphia, PA 19107 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.31. | Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee of OBX 2024-NQM2 Trust v. DDH Fund, LLC<br>250603224 | Foreclosure | Court of Common Pleas of Philadelphia County, First Judicial District of Pennsylvania<br>1400 John F Kennedy Blvd.<br>Philadelphia, PA 19107 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.32. | U.S. Bank Trust National Association, not in its individual capacity but solely as Trustee of Fidelity & Guaranty Life Mortgage Trust 2018-1 v. DDH Fund, LP<br>241101489 | Foreclosure | Court of Common Pleas of Philadelphia County, First Judicial District of Pennsylvania<br>1400 John F Kennedy Blvd.<br>Philadelphia, PA 19107 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.33. | Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee for Verus Securitization Trust 2021-R1 v. DDH Fund, LP<br>250900720 | Foreclosure | Court of Common Pleas of Philadelphia County, First Judicial District of Pennsylvania<br>1400 John F Kennedy Blvd.<br>Philadelphia, PA 19107 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.34. | Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as trustee of NYMT Loan Trust 2024-INVl v. DDH Fund, LLC<br>2025-08622-RC | Foreclosure | Court of Common Pleas of Chester County, Pennsylvania<br>201 W. Market Street<br>West Chester, PA 19380 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

**Part 4: Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC Case number *(if known)* 8:26-bk-01640-CPM

**Part 5: Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6: Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | See attached | | | $0.00 |

**Email or website address**

**Who made the payment, if not debtor?**

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7: Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC Case number *(if known)* 8:26-bk-01640-CPM

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 3110 E Guasti Rd #300<br>Ontario, CA 91761 | |
| 14.2. | 10808 Foothill Blvd Ste 160-348<br>Rancho Cucamonga, CA 91730 | |
| 14.3. | 1306 Monte Vista Ave Suite 5<br>Upland, CA 91786 | |
| 14.4. | 18 N Village Ave<br>Exton, PA 19341 | |
| 14.5. | 5404 E Cypress Center Dr #320<br>Tampa, FL 33609 | |
| 14.6. | 211 N Lois Avenue<br>Tampa, FL 33609 | |
| 14.7. | 100 S Ashley Dr #700<br>Tampa, FL 33602 | |
| 14.8. | 16192 Coastal Highway<br>Lewes, DE 19958 | |
| 14.9. | 256 Eagleview Blvd., #154<br>Exton, PA 19341 | |

## Part 8: Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☒ Yes. State the nature of the information collected and retained.

Personally identifiable information of investors.

Does the debtor have a privacy policy about that information?
☒ No
☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC Case number *(if known)* 8:26-bk-01640-CPM

**Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | TD Bank<br>2035 Limestone Rd<br>Wilmington, DE 19808 | **XXXX**-5516 | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | 10/31/2024 | $2,309.70 |
| 18.2. | Wells Fargo Bank<br>3201 N 4th Ave<br>Sioux Falls, SD 57104 | **XXXX**-5257 | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | 11/28/2025 | $1,018.99 |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it<br>Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

**Part 12: Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☒ None

| Name and address | Date of service From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☒ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|


Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

Debtor DDH Fund, LLC Case number *(if known)* 8:26-bk-01640-CPM

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Katie Goodman | 2870 Peachtree Rd, Ste 502<br>Atlanta, GA 30305 | Chief Restructuring Officer | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael Roye | St. Marys, GA | Independent Director | |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Brandon Mendenhall | 11418 US-19 N.<br>Port Richey, FL 34668 | | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Amy Vaughn | 11418 US-19 N.<br>34668 | | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Taylor Green | 11418 US-19 N.<br>Port Richey, FL 34668 | | |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☐ Yes. Identify below.

Consistent with the Order of the Court appointing the Examiner (Dkt. No. 167), and in order to avoid duplication, the Debtors have not expended resources investigating any of the tasks within the Examiner's scope of investigation.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14: Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 22, 2026

/s/ Katie S. Goodman
Signature of individual signing on behalf of the debtor

Katie S. Goodman
Printed name

Position or relationship to debtor Chief Restructuring Officer

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☒ Yes



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

# Statement of Financial Affairs
## Question 3

# SOFA 3 DDH FUND LLC ATTACHMENT

Certain payments or transfers to creditors within 90 days before filing this case

SOFA 3

*Certain payments or transfers to creditors within 90 days before filing this case*

| Debtor Name | Creditor's Name | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|
| DDH Fund, LLC | Intuit | 12/1/2025 | $275.00 | IT |
| DDH Fund, LLC | Intuit Quickbooks | 12/1/2025 | $275.00 | IT |
| DDH Fund, LLC | PERFECT FUNNEL SYSTEM LLC | 12/1/2025 | $97.00 | No I/C allocation required |
| DDH Fund, LLC | Universal Registered Agents | 12/8/2025 | $82.40 | Annual Entity Fees |

**Statement of Financial Affairs**
**Question 11**

Debtors, RAD Diversified REIT, Inc., RAD Diversified OZ Fund, LP, DHI Fund, LLC DHI Holdings, LP, and DDH Fund, LP (collectively, the "**Debtors**") originally retained Pack Law on May 13, 2025 to analyze a range of facts and legal issues including those related to a prospective chapter 11 filing. Pack Law billed and was paid $60,000.00 during this period.

Debtors re-engaged Pack Law on November 17, 2025. RAD Diversified REIT, Inc. paid Pack Law $500,000.00 on November 21, 2025 and $250,000.00 on December 3, 2025 as an advance for the preparation and filing of these chapter 11 cases, as well as the chapter 11 filing fees, in the aggregate amount of $750,000.00 (the "**Retainer**").

Between November 17, 2025 and the petition date (March 1, 2026), the Debtors authorized payment of Pack Law's fees from the Retainer in the total amount of $308,471.50, and the reimbursement of expenses in the amount of $45,597.89, all of which was regularly billed as incurred and paid from the Retainer.

In early approximately October, 2025, Debtor retained Ice Miller, L.P. to provide advice in connection with a potential Chapter 11 filing. The amounts paid to Ice Miller, L.P. in connection with that advice are unknown.

Prior to May, 2025, the Debtors retained Wernick Law, PLLC in connection with a potential Chapter 11 filing.